CASE NO. 2:20-CV-01459-GGG-MBN
_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

IN RE: FIRST NBC BANK HOLDING COMPANY, Debtor
Bankruptcy Case No. 17-11213
_____

UNITED STATES OF AMERICA,
Appellant,
v.
FIRST NBC BANK HOLDING COMPANY, *et al.,*
Appellees.
_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
BANKRUPTCY CASE NO.: 17-11213
Division A
_____

**APPELLEE, FIRST NBC BANK HOLDING COMPANY'S
RESPONSE BRIEF TO APPELLANT'S OPENING BRIEF**
_____

William E. Steffes, La Bar No. 12426
Barbara B. Parsons, La Bar No. 28714
THE STEFFES FIRM, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
E-mail: bsteffes@steffeslaw.com
           bparsons@steffeslaw.com
*Attorneys for First NBC Bank Holding Company*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES……………………………………………………ii

I.  JURISDICTIONAL STATEMENT……………………………………1

II.  STANDARD OF REVIEW AND STATEMENT OF THE ISSUES……….1

III.  STATEMENT OF THE CASE……………………………………………2

IV.  SUMMARY OF THE ARGUMENT…………………………………..4

V.  ARGUMENT…………………………………………………………..6

VI.  CONCLUSION……………………………………………………..19

CERTIFICATE OF COMPLIANCE…………………………………………...20

CERTIFICATE OF SERVICE……………………………………………21

# <u>TABLE OF AUTHORITIES</u>

### <u>Federal Cases</u>

*Carrieri v. Jobs.com,*
    393 F.3d 508 (5th Cir. 2004)……………………………………………...14

*Hughes Communications Galaxy, Inc. v. United States,*
    998 F.2d 953, 958 (Fed. Cir. 1993)…………………………………………..8

*In re Joshua Slocum, Ltd.,*
    103 B.R. 610, 623 (Bankr. E.D. Pa. 1989)…………..…………………..14, 15

*McAbee Const. Inc. v. U.S.,*
    97 F.3d 1431 (Fed. Cir. 1996)………………………………………………..8

*Ultra Petroleum Corp. v. Ad Hoc Comm. Of Unsecured Creditors of Ultra Res., Inc. (In re Ultra Petroleum Corp.),*
    913 F.3d 533, 540 (5th Cir. 2019)………………………………………...17

### <u>Federal Statutes</u>

Pub. L. 111-240 ("Jobs Act")…………………………………………...7, 12

### <u>State Cases</u>

*TCV VI, L.P. v. TradingScreen Inc.,*
    2015 WL 1598045 (Del. Ch. Feb. 26, 2015)………………………………..15

### <u>State Statutes</u>

LA R.S. §12:1-140(6)(b)……………………………………………….15

LA R.S. §12:1-640(C)………………………………………………15, 16

NY BSC Law §513(a)………………………………………………..15

ii

# I.    JURISDICTIONAL STATEMENT

First NBC Bank Holding Company ("FNBC" or "Debtor") agrees with Appellant's statement of the basis of the Bankruptcy Court's exercise of jurisdiction.

The Debtor has contemporaneously filed a Motion to Dismiss the instant appeal ("the Motion") [DKT. 7] based upon a lack of appellate jurisdiction. The Debtor reiterates the argument supporting dismissal as set forth in the Motion and respectfully requests that the Court consider and rule on the Motion before entertaining the substance of the appeal.

# II.    STANDARD OF REVIEW AND STATEMENT OF THE ISSUES

The Debtor agrees with the United States' ("Treasury") statement of the standard of review by this Court.

The issue on appeal is:

Whether the Bankruptcy Court erred in concluding that the covenant ("BHC Covenant"), contained in §3.1(e) of the Securities Purchase Agreement, did not require the Debtor to redeem the preferred shares held by Treasury after the Debtor's bank was closed by regulators, resulting in an involuntary loss of FNBC's bank holding company status.

1

## III.   STATEMENT OF THE CASE

FNBC was incorporated in 2006 in New Orleans, Louisiana as a holding company for its sole bank, First NBC Bank ("Bank").

On the heels of the great recession, FNBC elected, in 2010, to participate in Treasury's Small Business Lending Fund ("SBLF") program; and, in connection therewith, FNBC and Treasury entered into a Securities Purchase Agreement ("SPA") through which Treasury acquired 37,935 Series D preferred shares ("Series D Preferred") in FNBC in exchange for an investment by Treasury of approximately $38 million. Treasury's Appendix ("UST APPX") at 287-355.

On April 28, 2017, the Bank was closed ("Bank Closure") by the Louisiana Office of Financial Institutions, and the Federal Deposit Insurance Corporation ("FDIC") was named receiver. At that time, FNBC's principal asset was the capital stock that it owned in the Bank.  As a result of the Bank Closure, FNBC no longer owned or controlled a bank and, thus, its status as a bank holding company was involuntary terminated.  Treasury does not contest that none of FNBC's management, its board, or its shareholders requested or sought termination of its status as a bank holding company. Upon the Bank Closure, FNBC was left with no remaining material tangible assets.

2

FNBC's capital structure consists of one class of common stock and two classes of preferred stock. Shortly before its bankruptcy filing, FNBC had 19,212,751 shares of common stock outstanding which were publicly traded on the NASDAQ Global Select Market[1]. Additionally, FNBC had the Series D Preferred; and 1,725 shares of other preferred stock (Series E) outstanding as of that date.

In the month following the Bank Closure, the Debtor commenced its chapter 11 case ("Chapter 11 Case") on May 11, 2017 (the "Petition Date") with estimated unsecured liabilities exceeding $60 million and minimal assets. It is uncontested that FNBC was egregiously insolvent as of the Petition Date. Following many months of negotiations between the Debtor and the official committee of unsecured creditors ("Creditors Committee"), appointed in the Chapter 11 Case, the Debtor and the Creditors Committee agreed to file a joint chapter 11 plan of reorganization ("Plan"). Pursuant to the Tabulation of Voting filed on August 5, 2019, the Plan was accepted by 100% of the creditors voting in all classes entitled to vote. FNBC Appendix ("FNBC APPX") at 23-26. The Plan provides that distributions to creditors are contingent upon investor funding to occur upon the Plan becoming effective. UST APPX at 68-70. Absent such funding, insufficient assets exist to make distributions to creditors. FNBC APPX at 2-17, 20-21. Thus, if Treasury were

---

[1] The stock was removed from the NASDAQ in May 2017.

to succeed in its objection to confirmation of the Plan, not only would creditors, including another division of the United States[2], not receive distributions from at least $4.25 Million promised under the Plan; but, Treasury, as equity interest holder, would be guaranteed to receive nothing at all. FNBC APPX at 20-21.  On the other hand, confirmation of the Plan now results in Treasury maintaining its equity position in the Debtor, thereby permitting recovery by Treasury through its rights as a preferred shareholder, including dividend and liquidation preference rights.  UST APPX at 335-55.

## IV.   SUMMARY OF THE ARGUMENT

Treasury argues that the Bankruptcy Court's decision resulted from incorrectly applying state law to the matters at issue; however, the state law applied is consistent with the federal law cited by Treasury. Further, application of federal law – as urged by Treasury – would not alter the Bankruptcy Court's decision:

1) *Considering the document as a whole and giving reasonable meaning to all of its parts* squarely supports the Bankruptcy Court's determination that FNBC did not become obligated to redeem Treasury' Shares as a result of the Bank Closure and resulting involuntary termination of bank holding

---

[2]Pursuant to a court-approved settlement agreement between FDIC and the Debtor, FDIC is the holder of an allowed unsecured claim against the Debtor's estate in the amount of $3.5 million. UST APPX at 135.

company status.  The SPA contains multiple provisions which support the conclusion that redemption of Series D Preferred can only be accomplished by voluntary act of FNBC, *e.g.,* Annex F §5(b), which expressly provides that Treasury shall have no right to require redemption, Annex F §5(c), which provides redemption procedures solely to be utilized by FNBC in the event it opts to redeem Series D Preferred; and, the SPA is void of any procedures for enforcing any obligation of the Debtor to redeem Series D Preferred.

2) *A reasonably intelligent person acquainted with contemporaneous circumstances* would understand that there would be little to no possibility of FNBC (or any bank holding company) being capable of redeeming the Series D Preferred at a redemption price of $38 million after its principal asset, the Bank, was closed and placed into receivership.

Further, even if the Debtor became obligated to redeem the Series D Preferred upon the Bank Closure, the Plan does not alter any rights of Treasury as equity interest holder.  Pursuant to applicable state corporation laws (as well as common law), the Debtor is strictly prohibited from redeeming Series D Preferred as such redemption would render the Debtor insolvent and unable to pay its obligations to creditors as they became due. This well-established prohibition is consistent with the

terms and conditions of the SPA, including the condition that the SPA is subject to any limitations of applicable insolvency or other laws affecting the enforcement of creditors' rights. UST APPX at 304.

Finally, any claim that of Treasury's that may have existed for breach of the BHC Covenant is barred as no timely claim was filed by Treasury in the Chapter 11 Case even though it had ample notice of multiple opportunities to assert such a claim.

## V.    ARGUMENT

A.    <u>The Bankruptcy Court properly held that the Debtor did not become obligated to redeem Series D Preferred.</u>

The Bankruptcy Court correctly found that the Debtor did not become obligated, under the BHC Covenant, to redeem Series D Preferred following the Bank Closure and involuntary termination of the Debtor's bank holding company status. Treasury argues that the Bankruptcy Court reached its conclusion by interpreting the SPA under New York state law as opposed to federal law. This argument is unsupported by the Bankruptcy Court's Ruling. Moreover, even if Treasury's choice of law argument were to be accepted, interpretation of the BHC Covenant and its application to the relevant circumstances remain unchanged.

First, the choice of law provision contained in Section 5.5 of the SPA provides that federal law should be applied to interpretation of the SPA "*if and to the extent*

6

*applicable"*.  UST APPX at 319-20.  Treasury glosses over this language and asserts simply that because the SPA was entered into in connection with the SBLF program (authorized by the federal law referred to as the Small Business Jobs Act of 2010 or "Jobs Act"), that federal law controls the SPA.  If, as Treasury urges, the entire contract is governed by federal law, there would be no reason for the parties to contemplate application of New York law.  The contract term central to Treasury's argument, *i.e.,* the BHC Covenant, deals with redemption of a corporation's stock; and, such matters are governed by state law. Thus, the Bankruptcy Court correctly applied New York law to such interpretation.

Second, even if federal law applied to the issues presented, the state law jurisprudence relied upon by the Bankruptcy Court is entirely consistent with the federal law jurisprudence cited by Treasury:

1) Treasury avers that the Bankruptcy Court failed to apply two principles of federal law in interpreting the SPA:

   a. "when 'interpreting the contract, the document must be ***considered as a whole and interpreted so as to harmonize and give reasonable meaning to all of its parts***.'"  UST Brief, Docket No. 5 at p. 9

   b. "[t]he language of [the] contract must be given that meaning that would be derived from the contract by a ***reasonably intelligent person acquainted with the contemporaneous circumstances***." UST Brief, Docket No. 5 at p. 11

7

2)  Jurisprudence relied upon by Bankruptcy Court:

    a.  "Under [New York state law's] longstanding rules of contract interpretation, '[w]here the terms of a contract are clear and unambiguous, the intent of the parties must be found within the four corners of the contract, ***giving a practical interpretation*** to the language employed and ***reading the contract as a whole***."' (emphasis added).  UST APPX at 763 *Cf. McAbee Const. Inc. v. U.S.*, 97 F.3d 1431 (Fed. Cir. 1996), citing *Hughes Communications Galaxy, Inc. v. United States*, 998 F.2d 953, 958 (Fed.Cir.1993) ("A contract is read in accordance with its express terms and the plain meaning thereof."[.] We must interpret the contract in a manner that gives meaning to all of its provisions and makes sense").

While the foregoing federal and state law principles do not use the same language, their meanings are unequivocally the same.  Treasury concedes in its brief that other contract principles relied upon by the Bankruptcy Court are consistent with federal law applicable to contract interpretation.  UST Brief, Docket No. 5 at p. 7.

Third, focusing on the two federal law principles described in Treasury's brief (set forth above) does not lead to a conclusion different from the Bankruptcy Court's.  When considering the contract as a whole and giving meaning to all of its parts, it is clear that the Debtor did not become obligated to redeem Series D Preferred.  Among other things, the Bankruptcy Court carefully reviewed the entire BHC Covenant.  In doing so, it explained that the only logical interpretation of the covenant was that it

8

applied only to the Debtor's *voluntary* termination of its bank holding company status. UST APPX at 764-65.

In addition to the BHC Covenant itself, other provisions of the SPA point to the same conclusion. Most notably, Section 5 of Annex F to the SPA provides the basis and procedures for redemption of Series D Preferred. Nowhere in Section 5 or elsewhere in the SPA, including any Annex thereto, do the parties provide for procedures for redemption of the shares in the absence of the *Debtor's decision* to redeem.

"**Optional Redemption**.

(i) **Subject to the other provisions of this Section 5**:

(1) The issuer, ***at its option***, subject to the approval of the Appropriate Federal Banking Agency, may redeem, in whole or in part, at any time and from time to time, out of funds legally available therefor, Designated Preferred Stock [3] at the time outstanding; and,

(2) If, after the [SPA] Signing Date, there is a change in law that modifies the terms of Treasury's investment in the Designated Preferred Stock or the terms of Treasury's Small Business Lending Fund program in a materially adverse respect for the Issuer, the Issuer may, after consultation with the Appropriate Federal Banking Agency, redeem all

---

[3] Treasury's shares are referred to as the Designated Preferred Stock in SPA, Annex F. UST APPX at 337.

of Series D Preferred at the time outstanding."
(emphasis added). UST APPX at 347.

The foregoing provision states that redemption may be accomplished *at the option of the Debtor*. It further states that this term is *subject to other provisions of Section 5* of Annex F. SPA §5(a) makes no mention of the BHC Covenant. Had the parties intended section 5(a) to be subject to the BHC Covenant, it could have easily included SPA, Annex C §3(e) therein.

Through SPA §5(b), the parties expressly agreed that (1) there would be no sinking fund; and, (2) Treasury has no right to require redemption of Series D Preferred:

> "***No Sinking Fund***. [Series D Preferred] ***will not be subject to any mandatory redemption, sinking fund or other similar provisions. Holders of [Series D Preferred] will have no right to require redemption or repurchase of any shares of [Series D Preferred]."*** (emphasis added). UST APPX at 348.

Such language is clear and unambiguous. Accordingly, interpreting the BHC Covenant to require the Debtor to redeem Series D Preferred following an involuntary termination of bank holding company status – or under any other circumstances – is contrary to the express language contained therein. Treasury has consistently argued that the SPA represents a single agreement enforceable against the Debtor, which is comprised of Annex A through Annex K thereto. Thus, in

reading the SPA as a whole and giving meaning to all of its parts, it is evident that where the Debtor did not choose to terminate its status as a bank holding company and it did not opt to redeem Series D Preferred, Treasury has no right to require the Debtor to redeem Series D Preferred.

While criticizing the Bankruptcy Court for purportedly not relying on the "federal law principle" to interpret a contract by examining it as a whole, Treasury ignores the express language of Annex F and other SPA language; and, instead focuses simply on the first sentence of the BHC Covenant:

> "Bank and Thrift Holding Company Status.  If the Company is a Bank Holding Company or a Savings and Loan Holding Company on the Signing Date, then the Company shall maintain its status as a Bank Holding Company or Savings and Loan Holding Company, as the case may be, for as long as Treasury owns any Preferred Shares. The Company shall redeem all Preferred Shares held by Treasury prior to terminating its status as a Bank Holding Company or Savings and Loan Holding Company, as applicable."  UST APPX at 313.

Treasury asserts that if the Debtor's obligation to redeem the Series D Preferred only arises from its voluntary termination of bank holding company status, then the first sentence of the BHC Covenant is rendered "meaningless".  It is clear, however, from a reading of the entire covenant together that the first sentence establishes *if* the BHC Covenant is to apply to FNBC, *i.e.*, the covenant only applies

if FNBC was a bank holding company *at the time of the SPA Signing Date*[4].  If

FNBC was a bank holding company at that time, then, the second sentence

establishes the parties' agreement that FNBC would redeem the Series D Preferred

prior to terminating its bank holding company status. The Bankruptcy Court

explained why this agreement relates solely to voluntary termination of bank holding

company status:

> "[t]he plain language of the second sentence of §3.l(e)
> only makes sense for voluntary, not involuntary, status
> terminations. First, in an involuntary termination, it is not 'the
> Company' that terminates its status but a regulatory authority.
> That alone is sufficient to conclude that § 3.l(e)'s redemption
> obligation only applies to voluntary and not involuntary status
> terminations. Second, because the provision requires
> redemption prior to terminating the status, § 3.l(e) anticipates a
> *decision* by 'the Company' to either maintain its status and keep
> Treasury's investment or redeem the shares to gain freedom to
> terminate its bank holding company status. There is no such
> decision in an involuntary status termination." UST APPX at
> 765.

Turning to Treasury's second stated federal law principle that the contract

language must be given the meaning which would have be drawn by a reasonably

intelligent person acquainted with the circumstances, again, it is clear that the Debtor

is not required to redeem the Series D Preferred.  In support of its argument, Treasury

---

[4] The Jobs Act contemplates investments, under the SBLF program, in bank holding companies as
well as other financial institutions.

12

complains that maintaining its *investment* in the Debtor following the Bank Closure no longer serves its purpose under the SBLF program.  While such may be true for Treasury, disappointment over its *investment* does not permit Treasury to ignore the plain terms and conditions to which it agreed, *i.e.*, it cannot require the Debtor to redeem Series D Preferred.  Under the SPA, Treasury acknowledges it acquired the Series D Preferred "solely for *investment*" (emphasis added).  UST APPX at 562. By their very nature, investments carry risk and often result in a disappointing rates and timing of return and for their investors. As with all outstanding investments in the Debtor, including 19,212,751 shares of common stock, the present circumstances have unfortunately yielded disappointing results for investors in recent years. Nevertheless, disappointed investors, including Treasury, cannot now alter the terms of their investment.

The Debtor maintains that the Bankruptcy Court's Ruling reflects the conclusion of an intelligent person reasonably acquainted with the circumstances. Examining the realities surrounding the Bank Closure, the Bankruptcy Court recognized,

> "[i]*ndeed, it is hard to imagine a scenario in which an imperiled bank holding company would have the financial ability to satisfy § 3.l(e)'s redemption obligation on the eve of involuntarily losing the very bank that makes it a bank holding company.*"  UST APPX at 765.

13

Treasury, however, has never addressed the *contemporaneous circumstances* surrounding redemption under an involuntary termination, *i.e.*, it would be unreasonable for either the Debtor or Treasury to believe that, if the Debtor's bank holding company status was involuntarily terminated, the Debtor would have sufficient capital to redeem the Series D Preferred (particularly where no sinking fund would be created per the agreement).  Viewing the practical circumstances relevant to this matter only serves to confirm the Bankruptcy Court's Ruling that the BHC Covenant applies only to voluntary termination of bank holding company status.

      B.    <u>Under the circumstances presented, redemption of the Series D Preferred is prohibited by law.</u>

While the SPA clearly precludes any right of Treasury to require redemption of the Series D Preferred, even without such express limitations, redemption of the Series D Preferred could not have been required given the financial status of the Debtor – upon the Bank Closure or at any time since then.  Redemption rights of shareholders are not guaranteed, but instead are dependent on the solvency of the corporation. *See Carrieri v. Jobs.com, 393 F.3d 508 (5th Cir. 2004)*; *In re Joshua Slocum, Ltd., 103 B.R. 610, 623 (Bankr. E.D. Pa. 1989)* (stating that the rights of shareholders to recover dividends or to redeem stock is dependent on the financial

14

solvency of the corporation).   *See also*, *TCV VI, L.P. v. TradingScreen Inc*., No. CV 10164-VCN, 2015 WL 1598045, at *5, 2015 Del. Ch. LEXIS 108  (Del. Ch. Feb. 26, 2015), *appeal den*., 115 A.3d 1216 (Del. 2015) ("case law spanning the last century makes clear that "*in addition* to the strictures of [statutes such as R.S. §12:1-640], the undoubted weight of authority teaches that a corporation cannot purchase its own shares of stock when the purchase diminishes the ability of the company to pay its debts, or lessens the security of its creditors.") (emphasis in original). Indeed, this principle is implicitly acknowledged in the SPA.[5] Louisiana law echoes this common law principle[6]:

> "No distribution[7] may be made if, after giving it effect, either
> of the following conditions would exist:

---

[5] "*Optional Redemption*.

      (i)        *Subject to the other provisions of this Section 5*:

The issuer, *at its option*, subject to the approval of the Appropriate Federal Banking Agency, may redeem, in whole or in part, at any time and from time to time, **out of funds legally available therefor**, Designated Preferred Stock[5] at the time outstanding (emphasis added)…UST APPX at 347.

[6] The laws of New York likewise prohibit redemption of shares where insolvency exists or would result:

"Notwithstanding any authority contained in the certificate of incorporation, the shares of a corporation may not be purchased by the corporation, or, if redeemable, convertible or exchangeable shares, may not be redeemed, converted or exchanged, in each case for or into cash, other property, indebtedness or other securities of the corporation (other than shares of the corporation and rights to acquire such shares) if the corporation is then insolvent or would thereby be made insolvent. Shares may be purchased or redeemed only out of surplus." NY BSC Law §513(a).

[7] Under LA R.S. §12:1-140(6)(b), redemption or acquisition of shares is a form of "distribution".

(1) The corporation would not be able to pay its debts as they become due in the usual course of business.

(2) The corporation's total assets would be less than the sum of its total liabilities plus, unless the articles of incorporation permit otherwise, the amount that would be needed, if the corporation were to be dissolved at the time of the distribution, to satisfy the preferential rights upon dissolution of shareholders whose preferential rights are superior to those receiving the distribution."   LA R.S. §12:1-640(C)

As indicated in the Disclosure Statement accompanying the Plan as well as in the monthly operating report filed in connection with Plan confirmation, the Debtor has had, since the Petition Date, limited cash available to it and certainly cash insufficient to redeem the Series D Preferred (and pay any debts as they become due). Thus, even if the express limitations on redemption rights were not unambiguously stated in the SPA, Annex F (which they are), the Debtor is and has been prohibited by law from redeeming the Series D Preferred.

Examining the exact facts outside the context of a bankruptcy, it is clear that, under common law, Louisiana law and New York law, Treasury could not compel FNBC to redeem the Series D Preferred – either upon termination of the Debtor's bank holding company status or at any time thereafter.  Under the Plan, Treasury maintains all rights and interests that exist with regard to the Series D Preferred. Any purported right to redemption of Series D Preferred, if such a right remains

16

extant, is subject to applicable laws prohibiting redemption based on the Debtor's relevant financial circumstances. *See* SPA §2.5 ("This Agreement is a valid and binding obligation of the Company enforceable against the Company in accordance with its terms, *subject to any limitations of applicable bankruptcy, insolvency*, reorganization, moratorium or *similar laws affecting the enforcement of creditors' rights generally* and general equitable principles…").

"[A] creditor is impaired under § 1124(1) only if *'the plan'* itself alters a claimant's legal, equitable, [or] contractual rights." *Ultra Petroleum Corp. v. Ad Hoc Comm. of Unsecured Creditors of Ultra Res., Inc. (In re Ultra Petroleum Corp.)*, 913 F.3d 533, 540 (5th Cir. 2019) (emphasis in original) (alteration in original). Here, Treasury's rights are governed by the SPA and applicable corporate law. Since *the Plan* does nothing to alter Treasury's rights as holder of Series D Preferred, the Bankruptcy Court correctly held that Treasury's interests are unimpaired.

C.     Any rights of Treasury associated with the BHC Covenant equate to a pre-bankruptcy claim, which is discharged under the Plan.

Treasury alleges that the Debtor is required to redeem the Series D Preferred under the BHC Covenant of the SPA; and, Treasury's objection to Plan confirmation is based on the Debtor's failure and/or inability to do so under the Plan. As discussed

above, the SPA, the exact document upon which Treasury relies, expressly provides that Treasury has no right to require redemption of the Series D Preferred.

Treasury has previously acknowledged that no right exists, "[t]he BHC Covenant's requirement that all Series D Preferred Equity shares owned by the United States be redeemed when the Debtor is no longer a bank holding company is different than *the inability of holders of Series D Preferred Equity to require redemption*." UST APPX at 467. Under the SPA, any recourse of Treasury in the event of a violation of the BHC Covenant appears to have been limited to: (1) seeking specific performance in the form of injunctive relief against any attempt by the Debtor to terminate its bank holding company status before redeeming the Series D Preferred; or, (2) possibly, a claim for damages resulting from the Debtor's breach of the BHC Covenant if such a claim exists under the SPA. Under the given circumstances, clearly the first remedy is not available to Treasury since the Debtor did nothing to further the involuntary termination of its bank holding company status. With respect to the second remedy, any such claim for damages would have arisen at the time of the purported breach of the BHC Covenant, *i.e.*, in April 2017 – prior to the Petition Date. No claim, however, has been asserted by Treasury through the filing of a proof of claim or even acknowledged to exist through Treasury's objection

to Plan confirmation.  As a result, any such claim is now time barred and will be discharged under the Plan.

## VI. CONCLUSION

Treasury's appeal of the Ruling should be dismissed for the reasons set forth in the Debtor's Motion to Dismiss filed contemporaneously with this Brief. Alternatively, for the reasons set forth above, the Bankruptcy Court's Ruling that is subject of this appeal should be sustained.

Respectfully Submitted by:

/s/ Barbara B. Parsons
William E. Steffes, La Bar No. 12426
Barbara B. Parsons, La Bar No. 28714
THE STEFFES FIRM, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
E-mail: bsteffes@steffeslaw.com
        bparsons@steffeslaw.com
*Attorneys for First NBC Bank Holding Company*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Federal Rules of Bankruptcy Procedure 8015(a)(5)(B) and 8016(d)(2)(B)(i), the undersigned certifies that this brief complies with the Federal Rule of Bankruptcy Procedures as follows:

1.     This brief complies with the typeface requirements of Fed. R. Bankr. P. 8015(a)(5)(B) because this brief has been prepared in monospaced typeface using Microsoft Word in Times New Roman, 14-point font style, which does not contain more than 10 ½ characters per inch.

2.     The brief complies with the type-volume limitation of Fed. R. Bankr. P. 8016(d)(2)(B)(i) because this brief contains 4,274 words, and 19 pages, excluding the cover page; table of contents; table of authorities; statement with respect to oral argument; addendum containing statutes; rules or regulations; and any certificates of counsel, which are exempted by Fed. R. Bankr. P. 8015(g), which is less than the limitation of 13,000 words and 35 pages.

/s/ Barbara B. Parsons
BARBARA B. PARSONS

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on a copy of the above and foregoing *Appellee First NBC Bank Holding Company's Response Brief to Appellant's Original Brief* has been served via this Court's CM/ECF Notification System upon all those entitled to receive notice.

Baton Rouge, Louisiana, August 27, 2020.

<div align="center">

<u>/s/ Barbara B. Parsons</u>
Barbara B. Parsons

</div>

CASE NO. 2:20-CV-01459-GGG-MBN
_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

IN RE: FIRST NBC BANK HOLDING COMPANY, Debtor
Bankruptcy Case No. 17-11213
_____

UNITED STATES OF AMERICA,
Appellant,
v.
FIRST NBC BANK HOLDING COMPANY, *et al.,*
Appellees.
_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
BANKRUPTCY CASE NO.: 17-11213
Division A
_____

**APPELLEE, FIRST NBC BANK HOLDING COMPANY'S
APPENDIX**
_____

William E. Steffes, La Bar No. 12426
Barbara B. Parsons, La Bar No. 28714
THE STEFFES FIRM, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
E-mail: bsteffes@steffeslaw.com
          bparsons@steffeslaw.com
*Attorneys for First NBC Bank Holding Company*

22

# <u>TABLE OF CONTENTS</u>

1.  Exhibit Record [Bankr. Doc. 834] with attachments…………………………1

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

CHIEF JUDGE JOHN KOLWE



FILED

MAR 10 2020

EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

IN RE:   First NBC Bank Holding Company          CASE NO.:   17-11213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT RECORD

Date:          March 10, 2020

Matter:        Second Amended Chapter 11 Plan

| Exhibit No. | Description |
| --- | --- |
| D-4 | Tab Voting ballots, ECF#676 |
| D-2 | 2/29 operating report db. pg 5- cash on hand |
| D-3 | Declaration of Shivan Govindan |
| T-C | 2nd dec. of McCrail, Exhibit #1 to ECF #691 Supp. Support memo |
| T-D | Stock certificate, Exhibit #2 to ECF # 691-Supp. Support memo |
| T-E | Legal opinion- dated 8/4/11 by Fenmore Kay Harrison & Ford, LLP |
| | |
| | |
| | |
| | |

Witness:

ECRO:   Chrissy Fontenot

1

EXHIBIT

D2

17-11213 First

NBC Bank Holding Company

## MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: First NBC Bank Holding Company

CASE NUMBER: 17-11213          For Period 2/1 _____ to ____ 2/29 _____, 20 20 .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | { } | Comparative Balance Sheet (FORM 2-B) |
| (X) | { } | Profit and Loss Statement (FORM 2-C) |
| (X) | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | { } | Supporting Schedules (FORM 2-E) |
| (X) | { } | Narrative (FORM 2-F) |
| (X) | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 3/9/2020 _____
                   (date)

Debtor(s)*: First NBC Bank Holding Company _____

By:** _____

Position: Chief Restructuring Officer _____

Name of preparer: Lawrence Blake Jones _____

Telephone No. of Preparer (504) 525-4361 _____

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
3/11

2

Feb 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | | | **Comparative Balance Sheet** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11-May-17 | 31-May-17 | 30-Jun-17 | 31-Jul-17 | 31-Aug-17 | 30-Sep-17 | 31-Oct-17 | 30-Nov-17 | 31-Dec-17 |
| **Assets** | | | | | | | | | |
| Cash | $ 495,476 | 65,407 | $ 65,387 | $ 71,758 | $ 666,240 | $ 666,206 | $ 72,194 | 52,175 | 332,018 |
| Accounts Receivable | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | 2,069,359 | 1,500,000 |
| Prepaid expenses | | | | | | | | | |
| Other | $ 587,322 | $ 587,322 | $ 587,322 | $ 587,322 | $ - | $ - | $ 593,687 | 593,687 | - |
| | $ - | $ - | | | | | | | |
| **Total Assets** | $ 3,152,157 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 | $ 2,735,565 | $ 2,735,240 | 2,715,221 | 1,832,018 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ - | $ 24,386 | $ 59,555 | $ 81,432 | $ 128,716 | $ 172,046 | $ 288,901 | 310,467 | 175,104 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | 1,057,572 | 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | 60,000,000 | 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,057,572 | $ 61,081,958 | $ 61,117,126 | $ 61,139,004 | $ 61,186,288 | $ 61,229,618 | $ 61,346,473 | 61,368,039 | 61,232,676 |
| **Equity** | $ (57,905,415) | $ (58,359,870) | $ (58,395,059) | $ (58,410,565) | $ (58,450,689) | $ (58,494,053) | $ (58,611,233) | (58,652,818) | (59,400,658) |
| **Total Liabilities & Equity** | $ 3,152,157 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 | $ 2,735,565 | $ 2,735,240 | 2,715,221 | 1,832,018 |

Feb 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | 31-Jan-18 | 28-Feb-18 | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Cash | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,859 | $ 1,048,181 | $ 946,530 |
| Accounts Receivable | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,859 | $ 1,048,181 | $ 946,530 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 250,050 | $ 350,452 | $ 46,545 | $ 169,788 | $ 90,822 | $ 71,402 | $ 151,347 | $ 96,245 | $ 6,384 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,307,622 | $ 61,408,024 | $ 61,104,116 | $ 61,227,360 | $ 61,148,394 | $ 61,128,974 | $ 61,208,919 | $ 61,153,817 | $ 61,063,956 |
| **Equity** | $ (59,543,011) | $ (59,643,413) | $ (59,694,955) | $ (59,818,318) | $ (59,856,130) | $ (59,898,854) | $ (60,098,060) | $ (60,105,636) | $ (60,117,426) |
| **Total Liabilities & Equity** | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,859 | $ 1,048,181 | $ 946,530 |

Comparative Balance Sheet, cont'd.

4

Feb 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | | | | | | | Comparative Balance Sheet, cont'd. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 | 28-Feb-19 | 31-Mar-19 | 30-Apr-19 | 31-May-19 | 30-Jun-19 |
| **Assets** | | | | | | | | | |
| Cash | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,92_ | $ 756,541 | $ 755,544 |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,92_ | $ 756,541 | $ 755,544 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | 23,698.02 | $ 90,790 | $ 52,662 | $ 14,878 | $ 55,846 | $ 58,888 | $ 24,14_ | 68,286 | 176,035 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,57_ | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,00_ | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,081,270 | $ 61,148,362 | $ 61,110,234 | $ 61,072,450 | $ 61,113,418 | $ 61,116,460 | $ 61,081,72_ | $ 61,125,858 | $ 61,233,607 |
| **Equity** | $ (60,138,010) | $ (60,205,930) | $ (60,218,488) | $ (60,234,826) | $ (60,276,381) | $ (60,305,142) | $ (60,323,79_ | $ (60,369,316) | $ (60,478,063) |
| **Total Liabilities & Equity** | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,92_ | $ 756,541 | $ 755,544 |

Feb 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | | Comparative Balance Sheet, cont'd. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
| **Assets** | | | | | | | | |
| Cash | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 | $ 495,456 | $ 431,961 |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 | $ 495,456 | $ 431,961 |
| **Liabilities** | | | | | | | | |
| **Post-petition liabilities:** | | | | | | | | |
| Accounts Payable | $ 82,620 | $ 145,330 | $ 122,461 | $67,685 | $57,250 | $60,881 | $74,379 | $24,148 |
| **Pre-petition liabilities:** | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | |
| **Total Liabilities** | $ 61,140,192 | $ 61,202,902 | $ 61,180,033 | $ 61,125,257 | $ 61,114,822 | $ 61,118,453 | $ 61,131,951 | $ 61,081,720 |
| **Equity** | $ (60,532,934) | $ (60,597,513) | $ (60,740,536) | $ (60,757,018) | $ (60,616,597) | $ (60,620,645) | $ (60,636,495) | $ (60,649,758) |
| **Total Liabilities & Equity** | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 | $ 495,456 | $ 431,961 |

Feb 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

**Income Statement**

| | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ - | | | | | | | | | | | | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating expenses** | (20) | (20) | (20) | (1,666) | (34) | (325) | (20,020) | (165,421) | (67,407) | 0 | (235,449) | (120) | (116,778) |
| **Net Income (Loss)** | (20) | (20) | (20) | (1,666) | (34) | (325) | (20,020) | (165,421) | (67,407) | 0 | (235,449) | (120) | (116,778) |

Feb 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

**Income Statement, cont'd.**

| | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating expenses** | (62,143) | (119,270) | (62,669) | (101,651) | (3,270) | (827) | (50,686) | (54,123) | (587) | (25,7??) | (54,365) | (411) | (998) |
| **Net Income (Loss)** | (62,143) | (119,270) | (62,669) | (101,651) | (3,270) | (827) | (50,686) | (54,123) | (587) | (25,7??) | (54,365) | (411) | (998) |

8

Feb 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

| | Income Statement, cont'd. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
| Revenue | | | | | | | | |
| | $    - | $    - | $    - | $    - | $   166,703 | $    - | $    - | $    - |
| Operating expenses | (148,286) | (1,869) | (165,892) | (71,258) | (31,841) | (63,514) | (2332) | (63514) |
| Net Income (Loss) | (148,286) | (1,869) | (165,892) | (71,258) | 134,862 | (63,514) | (2,332) | (63,514) |

Case 17-11213 Doc 826 Filed 03/09/20 Entered 03/09/20 16:58:28 Main Document   Page 9 of 16

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
**MONTHLY OPERATING REPORT**
**Activity from: 2/1/2020 to 2/29/2020**
**Schedule 2-D**

| | DIP<br>Acct#***284 | Monthly<br>Total<br>Feb-20 |
|---|---|---|
| 1.  BOOK BALANCE AS OF 2/1/20 | 495,476 | 495,476 |
| 2.  RECEIPTS | 0 | 0 |
| 3.  TRANSFERS IN (Internal Transfers) | 0 | 0 |
| 4.  DISBURSEMENTS | | |
|     a.   U.S. Trustee Quarterly Fees | | 0 |
|     b.   All Other Disbursements | -63,514 | -63,514 |
| 5.  TRANSFERS OUT (Internal Transfers) | 0 | 0 |
|     NET CHANGE IN CASH | -63,514 | -63,514 |
|     BOOK BALANCE AS OF 2/29/20 | 431,961 | 431,961 |
|     ADD: OUTSTANDING CHECKS | | 0 |
| 4.  BANK BALANCE AS OF 2/29/20 | 431,961 | 431,961 |

Notes:

Case Name: *In re First NBC Bank Holding Company*
Case Number: 17-11213

**MONTHLY OPERATING REPORT**

Activity from: 2/1/2020 to 2/29/2020

Schedule 2-D

| | Statement of Receipts and Disbursements<br>As of February 29, 2020 |
|---|---|

Receipts

| | | |
|---|---|---|
| **Total Receipts** | $ | - |

Disbursements

| | | |
|---|---|---|
| Post petition Payables | $ | (63,514) |
| UST fees | | |
| **Total Disbursements** | $ | (63,514) |

| | | |
|---|---|---|
| Net Change | $ | (63,514) |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**

**MONTHLY OPERATING REPORT**
**Activity from: 2/1/2020 to 2/29/2020**
**Schedule 2-E**

**POST-PETITION ACCOUNTS PAYABLE AGING REPORT**

| | | |
|---|---|---|
| Trade payables | $ | - |
| Professional Fees | $ | 24,148 |
| | | |
| Total | $ | 24,148 |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-E
SUPPORTING SCHEDULE
For Period February 1, 2020 to February 29, 2020

## ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | AMOUNT DUE |
|---|---|

13

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-D

## Disbursement Journal
### Feb-20

| Date | Check# | Payee | Description | Disbursement Amount |
|---|---|---|---|---|
| 2/10/2020 | 1062 | The Steffes Firm | Order - Fee application | $ (62,930.44) |
| 2/11/2020 | 1063 | Computershare | January service fee and expenses | $ (583.87) |
| | | | | |
| Subtotal - non-UST disbursements | | | | $ (63,514.31) |
| | | | | |
| **Total disbursements** | | | | $ (63,514.31) |

14

Case Name: *In re First NBC Bank Holding Company*
Case Number: 17-11213
Schedule 2-D
Quarterly U.S. Trustee Fees

## Quarterly Fee Schedule

**Month Ended**     **Feb-20**

| | Cash Disbursements | Quarterly Fee |
|---|---|---|
| January | $ 1,357 | |
| February | $ 63,514 | |
| March | | |
| | | |
| April | | |
| May | | |
| June | | |
| | | |
| July | | |
| August | | |
| September | | |
| | | |
| October | | |
| November | | |
| December | | |

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
Schedule 2-E

SUPPORTING SCHEDULES
For Period February 1, 2020 to February 29, 2020

### INSURANCE SCHEDULE

The Debtor does not own or lease any property; nor, does the Debtor maintain any employees. Accordingly, the Debtor believes that there are no assets for which insurance coverage is required.

Case 17-11213 Doc 826 Filed 03/09/20 Entered 03/09/20 16:58:28 Main Document   Page 16 of 16

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-F

<u>**Narrative**</u>



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY        CASE NO. 17-11213

       SECTION A

         DEBTOR        CHAPTER 11

### DECLARATION OF SHIVAN GOVINDAN IN SUPPORT OF CONFIRMATION OF JOINT CHAPTER 11 PLAN OF REORGANIZATION, AS IMMATERIALLY MODIFIED, FOR FIRST NBC BANK HOLDING COMPANY

I, Shivan Govindan, have personal knowledge of the facts set forth herein and if called as a witness, I would testify that the following statements are, to the best of my knowledge, true and accurate:

1.      Prior to the closure of First NBC Bank ("Bank") and commencement of the chapter 11 proceeding of First NBC Bank Holding Company ("Holding" or "Debtor"), I served, since the Bank's inception in 2006, as a director of Holding;, in addition, I have served as the Chairman of the Board of Directors of Holding since 2017 and have held the office of Chief Executive Officer of Holding since 2018; I continue to serve as the Chairman and Chief Executive Officer as of today.

2.      I have reviewed both the *Second Amended Joint Chapter 11 Plan of Reorganization* [Doc. 621] (the "Plan") of First NBC Bank Holding Company ("the Debtor") as jointly proposed with the Official Unsecured Creditors' Committee ("the Committee") filed on July 2, 2019 as well as the proposed immaterial Modifications to the Plan filed on March 6, 2020 and the *Disclosure*

*Statement,* as amended, which was approved by this Court by Order [Doc. 624] entered on July 3, 2019.

3.      I am personally familiar with all aspects of the Plan, as modified, the negotiations among the Debtor, the Committee, and other parties in interest that have resulted in its proposal, the structure and purpose of the Plan, as modified, the business plan for the Reorganized Debtor, the funding available to consummate the plan on the Effective Date, and the other factual issues that this Court needs to consider in connection with confirmation of the Plan.

4.      As proposed, the Plan, as modified, correctly designates classes of claims and interests in that dissimilar claims and interests (based upon their respective rights against or in the Debtor vis-à-vis others) are not included in the same class and similar claims and interests are classified in the same class. Furthermore, the Plan contains the mandatory language required by Section 1123(a)(6) relating to issuance of non-voting securities.

5.      Neither the Debtor nor the Committee, as joint proponents of the Plan, nor anyone employed or engaged by any of them, made any attempt to solicit any votes until after this Court entered an Order approving the Disclosure Statement [Doc.624] and the solicitation materials were actually transmitted to creditors as required by the Court.

6.      As the Court is aware, this Plan was heavily negotiated at arm's length between the Debtor, the Committee, and many other parties in interest in the case including but not limited to the FDIC, as receiver for the Bank.

7.      The Plan provides for disclosure and/or Court approval of fees and expenses for all professionals employed before and after Confirmation and for an Oversight Committee to which trustee and professional fees shall be submitted for review and approval. In addition, the Notice of Filing of Plan Documents (" the Notice") filed on March 5, 2020, by the Debtor [Doc. 815],

discloses certain compensatory stock options to be granted to directors and certain cash incentives of $75,000 to each of Matt Elsom, Mark Haden, and Andrew Nash, individuals who each have devoted an enormous amount of time over the past two years to designing the Plan in a manner that is in the best interest of the holders of claims and interests. The Notice also discloses the intention of the Debtor to issue warrants to Nexxus Holdings, Inc. (or an affiliate of same), the largest First Round Investor in First Phoenix SPV, LLC, the entity that will provide funding for the cash payments due under the Plan.

8. The Notice also discloses the identity of the initial officers anticipated to serve the Debtor and their proposed compensation and the composition of the Debtor's initial Board of Directors upon Plan confirmation and the occurrence of the Effective Date. All of the officers and directors are well qualified by education and experience to serve in those roles. In addition, the Debtor has disclosed the identity of the proposed Litigation and Distribution Trust Trustee, Stephen Darr.

9. Implementation of the Plan does not contemplate any rate changes requiring approval of any governmental agency or agencies.

10. As the liquidation analysis contained in the Disclosure Statement demonstrates, each creditor in any class of impaired claims that will receive distributions has either unanimously voted in favor of the Plan, or any dissenting creditor in any such class will receive or retain under the plan at least as much as it would receive were the case converted to Chapter 7 on the Effective Date and the estate liquidated at that point in time. At the present time, it is unlikely that creditors, other than perhaps administrative claim holders, would receive any cash distribution if the case were converted to a Chapter 7 proceeding and interest holders would certainly receive nothing. If the Plan is confirmed and the Effective Date occurs, unsecured creditors will receive an immediate

cash distribution, pro rata, of $4.25 million, the Litigation and Distribution Trust will receive cash in the amount of $300,000, and an additional amount of up to $150,000 will be made available to pay priority and administrative claims. Nearly all claims and causes of action will vest in the Litigation and Distribution Trust which will then be able to pursue judgments or settlements that might enhance the recovery for creditors.

11. The Plan provides for payment in full of all priority claims, including administrative claims.

12. The Plan is feasible, both with respect to the immediate cash payments required and the continuation of the Debtor's business after the occurrence of the Effective Date. The Debtor is in possession of executed Subscription Agreements for interests in First Phoenix SPV, LLC, the vehicle that will provide funding (First Round Investment) to the Debtor for Plan Distributions in return for shares of the Debtor's stock; such Subscription Agreements reflect funding in excess of the amounts necessary to make the Plan Distributions of cash required from the Debtor. Each of those Subscription Agreements has been accompanied by a deposit of no less than 10% of the investment (some have deposited the full investment amount) into Debtor's counsel's IOLTA Trust Account. The Litigation and Distribution Trust has been established. Finally, with respect to future business operations, the attached Business Plan (Exhibit A), summarizes the proposed future activities and the qualifications of the principals to successfully engage in same.

13. The Debtor has never maintained a defined benefit retirement plan for its employees and no such retiree plan exists.

14. Based upon the advice of qualified counsel, my understanding is that the transfers from the Debtor's estate to the Litigation and Distribution Trust contemplated by the Plan will in

fact be made in accordance with applicable nonbankruptcy law governing the transfer of property of a corporation or trust that is not a moneyed, business, or commercial corporation. Furthermore, the issuance of shares to First Phoenix SPV, LLC will comply with applicable law.

15.    Pursuant to 28. U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 9, 2020.

_____
Shivan Govindan

22

D-4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

**FIRST NBC BANK HOLDING COMPANY**　　　　　　**CASE NO. 17-11213**

　　　　　　　　　　　　　　　　　　　　　　　　**SECTION A**

**DEBTOR**　　　　　　　　　　　　　　　　　　**CHAPTER 11**

## TABULATION OF VOTING

First NBC Bank Holding Company, debtor, and The Official Committee of Unsecured

Creditors, co-proponents of the Second Amended Joint Chapter 11 Plan of Reorganization for First

NBC Bank Holding Company [P-621] dated July 2, 2019 ("the Plan") in Case No. 17-11213 on

the docket of this Court, through undersigned counsel, hereby certify that the following votes for

and against the Plan were timely received by the balloting agent, Barbara B. Parsons, on or before

the last day for submission of votes, July 31, 2019 5:00 p.m. CST[1] and August 2, 2019, at 3:00

p.m. CST[2], to wit:

|  | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|
| **CLASS 1** – Priority NQDC Claims |  |  |  |
| **CLASS 2** – General Unsecured Claims |  |  |  |
| Archie Norman Duplantis, Jr. | $ 8,500.00 | X |  |
| Consilio, Global eDiscovery Specialists | $263,287.70 | X |  |
| Peter Babin, III | $ 82,000.00 | X |  |
| Renewal Capital Company, LLC | $780,325.00 | X |  |
| L. Blake Jones | $127,777.78 | X |  |

---

[1] On July 3, 2019, the Court entered the *Order Approving Second Amended Disclosure Statement, Fixing Time for Filing Acceptances or Rejections to the Second Amended Chapter 11 Plan of Reorganization and Setting Confirmation Hearing* [P-624] setting July 31, 2019 as the last day for filing acceptances or rejections of the Plan.

[2] On July 30, 2019, the Court entered the *Order Extending Deadlines for (1) Officers and Directors to Cast Ballots and Object to Confirmation and (2) the Debtor to Tabulate Ballots and Submit Tabulation for Verification* [P-665] extending the July 31, 2019 deadline until August 2, 2019 for Officers and Directors only.

23



3/10/20

EXHIBIT
D-4
17-11213 First
NBC Bank Holding Company

| | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|
| Joseph F. Toomy | $ 82,142.86 | X | |
| Charles C. Teamer, Sr. | $ 82,142.86 | X | |
| James C. Roddy | $ 82,143.00 | X | |
| Grish Roy Pandit | $ 82,500.00 | X | |
| Herman Moyse, III | $127,777.78 | X | |
| Mark G. Merlo | $127,777.78 | X | |
| Louis V. Lauricella | $127,777.78 | X | |
| Shivan Govindan | $127,777.78 | X | |
| Leon L. Giorgio, Jr. | $127,777.78 | X | |
| Leander J. Foley, III | $127,777.78 | X | |
| Penthouse Apartment Management | $ 63,388.89 | X | |
| The Columbus Group | $ 63,888.89 | X | |
| Herbert Anderson | $ 82,143.00 | X | |
| William D. Aaron, Jr. | $ 82,142.86 | X | |

CLASS 3A[3] – STA Secured Claims

CLASS 3B[4] – RCC Secured Claims

CLASS 3C – NQDC Secured Claims

CLASS 4 – Indemnity Claims

| | | | |
|---|---|---|---|
| William Carrouche | $250,000,000.00 | X | |
| John C. Calhoun | $250,000,000.00 | X | |
| Shivan Govindan | $250,000,000.00 | X | |
| Louis V. Lauricella | $250,000,000.00 | X | |
| Mark G. Merlo | $250,000,000.00 | X | |
| Grish Roy Pandit | $250,000,000.00 | X | |
| James Roddy | $250,000,000.00 | X | |
| Charles Teamer, Sr. | $250,000,000.00 | X | |
| Joseph Toomy | $250,000,000.00 | X | |
| R. Michael Wilkinson | $250,000,000.00 | X | |
| Lawrence Blake Jones | $250,000,000.00 | X | |
| Dale N. Atkins | $250,000,000.00 | X | |
| Hermann Moyse, III | $250,000,000.00 | X | |

[3] On July 30, 2019, the Bankruptcy Court entered an order [Doc. 666] approving a stipulation between Gregory St. Angelo and the Debtor and ordered that St. Angelo's 3A Claim be deemed to be an unsecured claim but not as yet Allowed. The Debtor represents that there are no current holders of Class 3A Claims as St. Angelo was the only existing creditor in Class 3A.

[4] On July 15, 2019, Renewal Capital Company, LLC ("RCC") amended its proof of claim (no. 52-2) as an unsecured claim and submitted a Class 2 General Unsecured Ballot. The Debtor represents that there are no current holders of Class 3B Claims as RCC was the only creditor to exist in Class 3B.

| | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|
| William D. Aaron, Jr. | $250,000,000.00 | X | |
| Herbert W. Anderson | $250,000,000.00 | X | |
| Leander J. Foley | $250,000,000.00 | X | |
| John French | $250,000,000.00 | X | |
| Leon L. Giorgio | $250,000,000.00 | X | |

CLASS 5 – Subordinated 510(b) Claims[5]

CLASS 6 – Series E Preferred Equity Interests                    Deemed to accept

CLASS 7 – Equity Interests (Common Stock)                    Deemed to accept

CLASS 8 – Series D Preferred Equity Interests                    Deemed to accept

**Summary of Votes**

**Class 1  Priority NQDC Claims**                    **Amount**
Class 1 is unimpaired and Holders are deemed to have accepted the Plan.

**Class 2  General Unsecured Claims**                    **Amount**

| Votes received by Debtor: | 19 | $2,649,049.52 |
|---|---|---|
| Acceptances received by Debtor: | 19 | $2,649,049.52 |
| Rejections received by Debtor: | 0 | $0.00 |
| Percentage in Number Accepting Plan: | | 100%[6] |
| Percentage in Amount Accepting Plan: | | 100% |

**Class 3A  STA Secured Claims[7]**                    **Amount**
Total Votes:   0

**Class 3B RCA Secured Claims[8]**                    **Amount**
Total Votes: 0

**Class 3C  NQDC Secured Claims[9]**                    **Amount**
Total Votes:   0                                   $0

---

[6]The Globic Advisors' tabulation of votes for Bondholder Claims is attached hereto as <u>Exhibit 1</u>.  As indicated therein, all Class 2 votes received by Globic Advisors voted to accept the Plan.

[7]See footnote 3 above. Because this Class contains no claims, it should be disregarded for purposes of Plan confirmation.

[8]See footnote 4 above. Because this Class contains no claims, it should be disregarded for purposes of Plan confirmation.

[9]All creditors with asserted Class 3C Claims are subject to pending motions (collectively, "3012 Motions") of the Debtor to establish that the Claims are general unsecured claims. These 3012 Motions are currently set for hearing on August 7, 2019 [Doc. 653]; and, no timely objections to the 3012 Motions have been filed.  Accordingly, if the Debtor's 3012 Motions are granted, there will be no Class 3C Claims; and, thus, this Class 3C should be disregarded for purposes of Plan confirmation.

**Class 4  Indemnity Claims**                              **Amount**
Total Votes:    18                                         $4,500,000,000.00
Acceptances:   18                                          $4,500,000,000.00
Rejections:     0                                          $ 0.00

Percentage in Number Accepting Plan:                      100%
Percentage in Amount Accepting Plan:                      100%

**Class 5  Subordinated 510(b) Claims[10]**
Total Votes:    0                                          $0.00

**Class 6  Series E Preferred Equity Interests**
Class 6 is unimpaired and Holders are deemed to have accepted the Plan.

**Class 7  Equity Interests (Common Stock)**
Class 7 is unimpaired and Holders are deemed to have accepted the Plan.

**Class 8  Series D Preferred Equity Interests**
Class 8 is unimpaired and Holders are deemed to have accepted the Plan.

Respectfully submitted,

By: _____
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Fax: (225) 751-1998
E-mail: bparsons@steffeslaw.com
*Counsel for First NBC Bank Holding Company, Debtor*

---

[10] The Debtor is not aware of any asserted Class 5 Claims. Accordingly, for purposes of confirmation, this Class should be disregarded.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

    DEBTOR                                         CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED

JUL 1 6 2019

BY: ...........................

a ballot for each class in which you are entitled to vote.  **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.**  Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes.  For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").  Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder.  Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.**  If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1.  This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.**  Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.**  Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.**  Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.**  The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**      **<u>CLASS 2 CLAIM AMOUNT</u>**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $<u>263,287.70</u> .

**STEP 2.**      **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only             [ X ]    ACCEPT THE PLAN

                               [   ]    REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only             [ X ]    THE CASH OPTION

                               [   ]    THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**      **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: July 17 2019

Signature: _____

Print Name:   Michael F. Flanagan

Company/Creditor:  Consilio, Global eDiscovery Specialists

Title (if appropriate):  General Counsel

Address:   1828 L Street, NW, Suite 1070

City/State/Zip: Washington, DC  20036

Phone: (202) 822-6222 ext. 1812    Email Address: michael.flanagan@consilio.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

DEBTOR                                  CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "**Voting Agent**") on or before July 31, 2019 at 5:00 p.m., CST ("**Voting Deadline**"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not be accepted. If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.        <u>CLASS 2 CLAIM AMOUNT</u>**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ <u>8,500.00</u> .

31

**STEP 2.**      **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>           [ X ]   ACCEPT THE PLAN

                           [   ]   REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>           [ X ]   THE CASH OPTION

                           [   ]   THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**      **RETURN OF BALLOT BY VOTING DEADLINE**
For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: _July 15, 2019_

Signature: _AN Duplant_

Print Name: _ARCHIE NORMAN DUPLANTIS JR_

Company/Creditor: _SELF_

Title (if appropriate): _____

Address: _352 SYCAMORE ST_

City/State/Zip: _RACELAND, LA 70394_

Phone: _985-855-2373_   Email Address: _nduplan@charter.net_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

DEBTOR

CASE NO. 17-11213

SECTION A

CHAPTER 11

<u>**CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**</u>

First NBC Bank Holding Company (the "<u>Debtor</u>") and the Official Committee of Unsecured Creditors ("<u>Committee</u>"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "<u>Plan</u>"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "<u>Disclosure Statement</u>"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "<u>Voting Agent</u>") on or before July 31, 2019 at 5:00 p.m., CST ("<u>Voting Deadline</u>"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

<u>**INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT**</u>

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



33

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means will not be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.     <u>CLASS 2 CLAIM AMOUNT</u>**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of **$<u>780,325.00</u>** .

34

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only          [ x ]   ACCEPT THE PLAN

                            [   ]   REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only          [ x ]   THE CASH OPTION

                            [   ]   THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is received by Voting Agent on or before the Voting Deadline.

Date: July 22 2019

Signature:

Print Name:   Michael Arata

Company/Creditor:   Renewal Capital Company, LLC

Title (if appropriate):   President

Address: c/o Stephen L. Williamson, 201 St. Charles Avenue, 40th Floor

City/State/Zip:   New Orleans, LA 70170

Phone:   (504) 582-1111          Email Address:   swilliamson@gamb.law

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

35

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

DEBTOR                                            CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2.  Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan.  **If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan.  In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING
### THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot.  You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



RECEIVED

JUL 2 9 2019

BY: ...............................

36

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan. Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**     <u>CLASS 2 CLAIM AMOUNT</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 82,000⁰⁰ .

**STEP 2.**       **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only         [ ✓ ]   ACCEPT THE PLAN

                           [   ]   REJECT THE PLAN

**STEP 3.**       **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only         [ ✓ ]   THE CASH OPTION

                           [   ]   THE DEBT OPTION

**STEP 4.**       **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**       **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/23/19

Signature: _____

Print Name: PETER BABIN, III

Company/Creditor: N/A

Title (if appropriate): N/A

Address: 68 INLET DR.

City/State/Zip: SLIDELL, LA 70458

Phone: (504) 289-5320   Email Address: BABINIII@BELLSOUTH.NET

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

            DEBTOR                                CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING
### THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



39

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means will not be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, ***provided*** that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ ~~$87,400~~

127,777⁷⁸

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

**Check one box only**     [ X ]   ACCEPT THE PLAN

[ ]   REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

**Check one box only**     [ ]   THE CASH OPTION

[ X ]   THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 8-2-2019

Signature: _____

Print Name: _Jon Hayden_

Company/Creditor: _L. Blake Jones_

Title (if appropriate): _Attorney_

Address: _One Shell Sq 41st floor 701 Poydras St._
_N.O. La._
_70139_

City/State/Zip: _____

Phone: _504 566 8645_     Email Address: _jhayden@bakerdonelson.com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

41

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED
AUG 0 2 2019
BY: ........................

a ballot for each class in which you are entitled to vote.  **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.**  Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not be accepted. If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, ***provided*** that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder.  Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**      <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 32,142.86

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>      [✗]   ACCEPT THE PLAN

                             [   ]   REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>      [   ]   THE CASH OPTION

                             [✗]   THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____ attorney for

Print Name: _____ Joseph P. Toomy

Company/Creditor: N.A

Title (if appropriate): NA

Address: P.D. Box 663

City/State/Zip: Gretna, La. 70054

Phone: 504 566-3645      Email Address: jhayden@baker donelson. com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

DEBTOR

CASE NO. 17-11213

SECTION A

CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



45

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date</u>.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**     <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 32,142 $^{86}$ .

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>          [ ✗ ]   ACCEPT THE PLAN

                                    [   ]   REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>          [   ]   THE CASH OPTION

                                    [ ✗ ]   THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: Dan Hayden attorney for

Print Name: Charles C. Deamer, Sr

Company/Creditor: N/A

Title (if appropriate): N/A

Address: 32 Fairway Oaks Drive

City/State/Zip: New Orleans, La. 70131

Phone: 504-566-8665  Email Address: jhayden @ baker donelson. com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

47

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY      CASE NO. 17-11213

     SECTION A

DEBTOR      CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

    First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

    This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "**Voting Agent**") on or before July 31, 2019 at 5:00 p.m., CST ("**Voting Deadline**"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.

    Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING
### THE FIRST NBC BANK HOLDING COMPANY BALLOT

    The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not be accepted. If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date</u>.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>CLASS 2 CLAIM AMOUNT</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 32,143.00 .

**STEP 2.**     <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>        [ X ]    ACCEPT THE PLAN

                                      [   ]    REJECT THE PLAN

**STEP 3.**     <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>        [   ]    THE CASH OPTION

                                      [ X ]    THE DEBT OPTION

**STEP 4.**     <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     <u>RETURN OF BALLOT BY VOTING DEADLINE</u>

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____

Print Name: Wm Hayden, attorney

Company/Creditor: James C Roddy

Title (if appropriate): attorney

Address: 76 Audubon Place

City/State/Zip: N.O. La. 70118

Phone: 504-566-8645    Email Address: p hayden e baker donelson .com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "**Voting Agent**") on or before July 31, 2019 at 5:00 p.m., CST ("**Voting Deadline**"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED
AUG 0 2 2019
BY: .....................................

51

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**     <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 52,500.00

STEP 2.     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

**Check one box only**         [X]  ACCEPT THE PLAN

                               [  ]  REJECT THE PLAN

STEP 3.     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

**Check one box only**    [  ]  THE CASH OPTION

                          [X]  THE DEBT OPTION

STEP 4.     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

STEP 5.     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: _7|30|2019_

Signature: _____

Print Name: _Jan Hayden_

Company/Creditor: _Girish Roy Pandit_

Title (if appropriate): _Attorney_

Address: _25 Chadsaw Mouton_

City/State/Zip: _Kenner La. 70065_

Phone: _504-516-8645_    Email Address: _phayden @ bakerdonelson.com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

SECTION A

DEBTOR                                  CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "**Voting Agent**") on or before July 31, 2019 at 5:00 p.m., CST ("**Voting Deadline**"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



54

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.      CLASS 2 CLAIM AMOUNT**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $12,777.78.

**STEP 2.**      <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>      [X]   ACCEPT THE PLAN

                        [   ]   REJECT THE PLAN

**STEP 3.**      <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>      [   ]   THE CASH OPTION

                        [X]   THE DEBT OPTION

**STEP 4.**      <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**      <u>RETURN OF BALLOT BY VOTING DEADLINE</u>

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____

Print Name: John Hayden Attorney

Company/Creditor: Herman Moyse III

Title (if appropriate): P.O. Box 52006

Address: Baton Rouge, La. 70894

City/State/Zip: _____

Phone: 504 546-8645 Email Address: jhayden@bakerdonelson.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY      CASE NO. 17-11213

SECTION A

DEBTOR      CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING
### THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



57

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, ***provided*** that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date</u>.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**      <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 127,777.78

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

**Check one box only**          [X]     ACCEPT THE PLAN

                               [  ]     REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

**Check one box only**          [  ]     THE CASH OPTION

                               [X]     THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: Don Hayden, Attorney for

Print Name: MARK G. Merlo

Company/Creditor: NA

Title (if appropriate): NA

Address: 2828 Lloyd Street

City/State/Zip: San Diego, CA 92117

Phone: 504 516-8645     Email Address: jhayden@bakerdonelson.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY       CASE NO. 17-11213

      SECTION A

      DEBTOR       CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED
AUG 0 2 2019
BY: .......................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date</u>.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**     <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 127,777.<sup>78</sup>

61

**STEP 2.**      **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

**Check one box only**      [ X ]    ACCEPT THE PLAN

                                    [   ]    REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

**Check one box only**      [   ]    THE CASH OPTION

                                    [ X ]    THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**      **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2014

Signature: _Dan Hayden_ _Attorney for_

Print Name: _Louis V. Laurice lla_

Company/Creditor: _1200 So. Clear View Parkway Suite 1164_

Title (if appropriate): _Elm wood, La. 90123_

Address: _____

City/State/Zip: _____

Phone: _504 566-8445_    Email Address: _Hayden @ baker donelson.com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

SECTION A

DEBTOR                                  CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than

RECEIVED
AUG 0 2 2019
BY: ................................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.,* entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.,* guardian, conservator, executor, or other agent or representative) may execute this Ballot, ***provided*** that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 127,777.78 .

64

**STEP 2.**     <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>

[X]    ACCEPT THE PLAN

[ ]    REJECT THE PLAN

**STEP 3.**     <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>

[ ]    THE CASH OPTION

[X]    THE DEBT OPTION

**STEP 4.**     <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     <u>RETURN OF BALLOT BY VOTING DEADLINE</u>

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____

Print Name: John Hayden

Company/Creditor: Shivan Govindan

Title (if appropriate): Attorney

Address: 230 Gaylord St.

City/State/Zip: Denver, CO 80206

Phone: 504 566-8645   Email Address: jhayden @ bakerdonelson

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

.DEBTOR                                           CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class you will receive

RECEIVED

AUG 0 2 2019

BY: .................................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not be accepted. If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $187,777.78.

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>          [X] ACCEPT THE PLAN

                         [  ]  REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>          [  ]  THE CASH OPTION

                         [X] THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _Jan Hayden attn for_

Print Name: _Leon L. Giorgio, Jr._

Company/Creditor: _for Leon L. Giorgio, Jr._

Title (if appropriate): _for Attorney_

Address: 6620 Riverside Drive Suite 300

City/State/Zip: Metairie, La. 70003

Phone: 504 586-9645   Email Address: jhayden@bakerdonelson.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. **Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING
### THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, **you will receive**

RECEIVED

AUG 0 2 2019

BY: .....................................

69

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**    <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 107,777 78

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>          [X]   ACCEPT THE PLAN

                                 [ ]   REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>          [ ]   THE CASH OPTION

                                 [X]   THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     **RETURN OF BALLOT BY VOTING DEADLINE**
For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _Jon Hayden attorney for_

Print Name: _Leander W. Foley III_

Company/Creditor: _Leander J Foley III_

Title (if appropriate): _attorney_

Address: _122 C. Street N.W_

City/State/Zip: _Washington DC  20001_

Phone: _504-586-8645_    Email Address: _jhayden @ baker donelson. com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                CASE NO. 17-11213

                                              SECTION A

DEBTOR                                        CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



72

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 63,388.89

73

STEP 2.     ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

**Check one box only**         ⟍  ACCEPT THE PLAN

                    [  ]  REJECT THE PLAN

STEP 3.     ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

**Check one box only**     [  ]  THE CASH OPTION

                    ⟍  THE DEBT OPTION

STEP 4.     CERTIFICATION

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

STEP 5.     RETURN OF BALLOT BY VOTING DEADLINE

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: _7/30/2019_

Signature: _Jan Hayden attorney for_

Print Name: _Penthouse Apartment Management_

Company/Creditor: _Rent house Apart ment Management_

Title (if appropriate): _attorney_

Address: _230 Carondelet St._

City/State/Zip: _New Orleans La. 76118_

Phone: _504 566 8645_     Email Address: _jhayden @ bakerdonelson. com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

74

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                CASE NO. 17-11213

                                              SECTION A

DEBTOR                                        CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means will not be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, ***provided*** that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**      <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ $82,143.^{60}$

**STEP 2.**    <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>      ACCEPT THE PLAN

[ ]    REJECT THE PLAN

**STEP 3.**    <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>     [ ]    THE CASH OPTION

THE DEBT OPTION

**STEP 4.**    <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**    <u>RETURN OF BALLOT BY VOTING DEADLINE</u>

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: _7/30/2019_

Signature: _____

Print Name: _Jan Hayden, attn._

Company/Creditor: _Herbert Anderson_

Title (if appropriate): _Attorney_

Address: _1400 Ulloha St._

City/State/Zip: _N.O. La. 70118_

Phone: _504 566-8645_    Email Address: _hayden@bakerdonelson.com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

DEBTOR                                            CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. **Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**      **CLASS 2 CLAIM AMOUNT**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 32,142.86

STEP 2.    **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

**Check one box only**          [ X ]    ACCEPT THE PLAN

                                 [   ]    REJECT THE PLAN

STEP 3.    **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

**Check one box only**          [   ]    THE CASH OPTION

                                 [ X ]    THE DEBT OPTION

STEP 4.    **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

STEP 5.    **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____ Jon Hayden, attorney for

Print Name: William D. Aaron, Jr

Company/Creditor: William D Aaron Jr

Title (if appropriate): attorney

Address: 10 Natchez Trace Drive

City/State/Zip: Harvey, La 70058

Phone: 504-566-8645    Email Address: jhayden@bakerdonelson.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                   SECTION A

        DEBTOR                                     CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

        First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

        **This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

        Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

        The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



81

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not be accepted. If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *__provided__* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing, able and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**      <u>CLASS 2 CLAIM AMOUNT</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 63885 $^{89}$

**STEP 2.**     <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The **undersigned holder** of a Class #2 **Claim** as listed above in Step 1, hereby votes to:

<u>Check one box only</u>     [ ✓ ]     ACCEPT THE PLAN

                       [   ]     REJECT THE PLAN

**STEP 3.**     <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>     [   ]     THE CASH OPTION

                       [ ✓ ]     THE DEBT OPTION

**STEP 4.**     <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     <u>RETURN OF BALLOT BY VOTING DEADLINE</u>

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____

Print Name: Van Hayden attorney

Company/Creditor: The Columbus Group

Title (if appropriate): attorney

Address: 230 Carondelet St.

City/State/Zip: N.O. La. 70118

Phone: 504-546-8645    Email Address: Hayden @ baker donelson.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.



RECEIVED

AUG 0 2 2019

BY: .........................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

DEBTOR                                            CHAPTER 11

### CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

         Check one box only    [ x ]  ACCEPT THE PLAN    [   ]  REJECT THE PLAN

Date: 8-1-19 _____

Signature: _____

Print Name: Jan Hayden _____

Company/Creditor: Leander J Foley _____

Title (if appropriate): Attorney _____

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645 _____



RECEIVED
AUG 0 2 2019
BY: .................................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

DEBTOR

CASE NO. 17-11213

SECTION A

CHAPTER 11

## CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors (the "**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000.000      hereby votes to:

**Check one box only**   [ x]   ACCEPT THE PLAN   [  ]   REJECT THE PLAN

Date:  8-1-19

Signature:

Print Name:  Jan Hayden

Company/Creditor:  John F French

Title (if appropriate):  Attorney

Address:  Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone:  504-566-8645

RECEIVED

AUG 0 2 2019

BY: ...............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

### CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

**Check one box only**    [ x ]   ACCEPT THE PLAN   [  ]   REJECT THE PLAN

Date: 8-1-19

Signature: _____

Print Name: Jan Hayden

Company/Creditor: Leon L. Giorgio

Title (if appropriate): Attorney

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

86

RECEIVED

AUG 0 2 2019

BY: .............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

        DEBTOR                                     CHAPTER 11

**CLASS 4: INDEMNITY CLAIMS BALLOT FOR
ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

        The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

        **This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $250,000,000 _____ hereby votes to:

        Check one box only    [ x ]   ACCEPT THE PLAN   [  ]   REJECT THE PLAN

Date: 8-1-19 _____

Signature: _____

Print Name: ___Jan Hayden_____

Company/Creditor: ___William Carrouche_____

Title (if appropriate): ___Attorney_____

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170 _____

Telephone: 504-566-8645 _____

87



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

### CLASS 4: INDEMNITY CLAIMS BALLOT FOR
### ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
### FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

          <u>Check one box only</u>      [ x ]  ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: _8-1-19_____

Signature: _____

Print Name: _Jan Hayden_____

Company/Creditor: ___John Calhoun_____

Title (if appropriate): ___Attorney___

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

88

RECEIVED

AUG 0 2 2019

BY: ..............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

DEBTOR                                  CHAPTER 11

## CLASS 4: INDEMNITY CLAIMS BALLOT FOR
## ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
## FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

___Check one box only___    [ X ]   ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: __8-1-19__

Signature: _____

Print Name: __Jan Hayden__

Company/Creditor: __Shivan Govindan__

Title (if appropriate): __Attorney__

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

89



**RECEIVED**
AUG 0 2 2019
BY: .........................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

          DEBTOR                        CHAPTER 11

**CLASS 4: INDEMNITY CLAIMS BALLOT FOR
ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.    The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

**Check one box only** [ x ] ACCEPT THE PLAN [  ] REJECT THE PLAN

Date: 8-1-19

Signature:

Print Name: Jan Hayden

Company/Creditor: Louis Lauricella

Title (if appropriate): Attorney

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645



RECEIVED
AUG 0 2 2019
BY: ..........................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

DEBTOR                                  CHAPTER 11

## CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan. If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.    The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000_____ hereby votes to:

      Check one box only    [ x ]  ACCEPT THE PLAN    [   ]  REJECT THE PLAN

Date: _8-1-19_____

Signature: _____

Print Name: __Jan Hayden_____

Company/Creditor: __Mark Merlo_____

Title (if appropriate): __Attorney_____

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645_____

91



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

### CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1. The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

Check one box only  [ x ]  ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: 8-1-19

Signature: _____

Print Name:  Jan Hayden

Company/Creditor:  Grish Roy Pandit

Title (if appropriate): ___Attorney___

Address:  Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

RECEIVED

AUG 0 2 2019

BY: .............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

          DEBTOR                                  CHAPTER 11

## <u>CLASS 4: INDEMNITY CLAIMS BALLOT FOR</u>
## <u>ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION</u>
## <u>FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF</u>
## <u>UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019</u>

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

          <u>Check one box only</u>  [ x ]  ACCEPT THE PLAN  [   ]  REJECT THE PLAN

Date: _8-1-19_____

Signature: _____

Print Name: __Jan Hayden_____

Company/Creditor: ___James Roddy_____

Title (if appropriate): ___Attorney_____

Address: _Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170_

Telephone: _504-566-8645_____

93

RECEIVED

AUG 0 2 2019

BY: ............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

        DEBTOR                                    CHAPTER 11

**CLASS 4: INDEMNITY CLAIMS BALLOT FOR
ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

        First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured
Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the
"**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the
"**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara
B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817,
(225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined
herein shall have the meanings given to them in the Plan.

        The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.
Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should
review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning
the Plan and your classification and treatment under the Plan.

        **This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in
Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate
Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel
on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote
will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court,
it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000____ hereby votes
to:

        <u>Check one box only</u>    [ x ]   ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: _8-1-19_____

Signature: _____

Print Name: _Jan Hayden_____

Company/Creditor: _Charles Teamer_____

Title (if appropriate): _Attorney_____

Address: _Baker Donelson, 201 St Charles Avenue, Suite 3600, New Orleans, LA 70170____

Telephone: _504-566-8645___

94



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

DEBTOR

CASE NO. 17-11213

SECTION A

CHAPTER 11

<u>CLASS 4: INDEMNITY CLAIMS BALLOT FOR
ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019</u>

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000         hereby votes to:

<u>Check one box only</u>    [ x ]   ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: 8-1-19

Signature:

Print Name: Jan Hayden

Company/Creditor: Joseph Toomy

Title (if appropriate): Attorney

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

RECEIVED
AUG 0 2 2019
BY: ...........................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

            DEBTOR                                CHAPTER 11

### CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.    The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

            **Check one box only**    [ x ]   ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: _8-1-19_____

Signature: _____

Print Name: _Jan Hayden_____

Company/Creditor: __R Michael Wilkinson_____

Title (if appropriate): __Attorney_____

Address: _Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170_____

Telephone: _504-566-8645_____



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

         DEBTOR                         CHAPTER 11

<u>**CLASS 4: INDEMNITY CLAIMS BALLOT FOR**
**ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION**
**FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**</u>

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000          hereby votes to:

<u>**Check one box only**</u>   [ x ]   ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: 8-1-19

Signature: _____

Print Name:  Jan Hayden

Company/Creditor:  Lawrence Blake Jones

Title (if appropriate):  Attorney

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

97

RECEIVED

AUG 0 2 2019

BY: .............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

## CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.    The undersigned holder of a Class 4 Claim in the unpaid amount of $ __250,000,000__ hereby votes to:

**Check one box only** [ x ] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: __8-1-19__

Signature: _____

Print Name: __Jan Hayden__

Company/Creditor: __Dale Atkins__

Title (if appropriate): __Attorney__

Address: __Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170__

Telephone: __504-566-8645__

RECEIVED

AUG 0 2 2019

BY: ...............................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

**CLASS 4: INDEMNITY CLAIMS BALLOT FOR
ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION
FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1. The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 hereby votes to:

Check one box only    [X] ACCEPT THE PLAN  [ ] REJECT THE PLAN

Date: 8-1-19

Signature:

Print Name: Jan Hayden

Company/Creditor: Hermann Moyse III

Title (if appropriate): Attorney

Address: Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone: 504-566-8645

99

RECEIVED

AUG 0 2 2019

BY: .........................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

DEBTOR

CASE NO. 17-11213

SECTION A

CHAPTER 11

## CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.    The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000 _____ hereby votes to:

<u>Check one box only</u>    [ x ]   ACCEPT THE PLAN    [  ]   REJECT THE PLAN

Date: 8-1-19 _____

Signature: _____

Print Name:  Jan Hayden _____

Company/Creditor:  William D. Aaron, Jr. _____

Title (if appropriate):  Attorney _____

Address:  Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Telephone:  504-566-8645

100

RECEIVED
AUG 0 2 2019
BY: ...........................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

## CLASS 4: INDEMNITY CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

**This Ballot is to be used for voting by holders of Indemnity Claims in Class 4 as defined in Section 3.3.6 of the Plan.** If you have asserted claims in more than one class, you may submit a separate Ballot for each class in which you may be entitled to vote. If your Ballot is not received by Debtor's counsel on or before July 31, 2019 at 5:00 p.m., CST, and such deadline is not extended by the Court, your vote will not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

1.      The undersigned holder of a Class 4 Claim in the unpaid amount of $ 250,000,000          hereby votes to:

**Check one box only**   [ x ] ACCEPT THE PLAN   [   ]   REJECT THE PLAN

Date: __8-1-19__

Signature: _____

Print Name: __Jan Hayden__

Company/Creditor: __Herbert W Anderson__

Title (if appropriate): __Attorney__

Address: __Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170__

Telephone: __504-566-8645__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY       CASE NO. 17-11213

                                      SECTION A

DEBTOR                                CHAPTER 11

### DECLARATION OF ROBERT STEVENS, ON BEHALF OF GLOBIC ADVISORS, INC., REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING DEBTORS' SECOND AMENDED DISCLOSURE STATEMENT RELATING TO AMENDED JOINT CHAPTER 11 PLAN FOR FIRST NBC BANK HOLDING COMPANY

I, Robert Stevens, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am President at Globic Advisors, Inc. ("Globic"), whose main business address is 485 Madison Avenue, 7th Floor, New York, NY 10022. I am over the age of 18 years and do not have a direct interest in this Chapter 11 case.

2.     I submit this declaration with respect to the *Debtors' Amended Joint Chapter 11 Plan* (the "Plan").[1] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this declaration on behalf of Globic. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.     On March 26, 2019, the Court entered the *Order Authorizing the Employment and Retention of Globic Advisors as Limited Noticing Agent* [Docket No. 536], designating Globic as the Debtor's Balloting Agent with respect to the Class 2 – Registered Bond Claims.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

102



4.      Pursuant to the Plan, holders of Class 2 -Bond Claims were entitled to vote to accept or reject the Plan.

5.      In accordance with the *Motion for Entry of Order (1) Establishing Procedures for Solicitation and Vote Tabulation; (2) Approving Form of Ballots and (3) Approving Form, Manner and Notice Procedures for Equity Security Holders* [Docket No. 560,] (the "Solicitation Procedures) Globic was instructed to solicit, review, determine the validity of, and tabulate Class 2 - Registered Bondholder Ballots submitted to vote for the acceptance or rejection of the Plan by the holders of the Class 2 - Registered Bond Claims.

6.      July 3, 2019 was established as the record date for determining the holders of the Class 2 – Bond Claims entitled to vote on the Plan (the "Record Date").

7.      Globic solicited the holders of the Class 2 – Registered Bond Claims with positions in the Bonds on the Record Date as provided by the Trustee, U.S. Bank, N.A. Globic's *Affidavit of Service (Class 2 Claims)* was executed on July 9, 2019.

8.      Class 2 - Registered Bondholder Ballots for the Voting Class returned by e-mail, mail, hand delivery, or overnight courier were received by personnel of Globic at its offices in New York, New York.

9.      For a Class 2 - Registered Bondholder Ballot to be counted as valid, the Class 2 - Registered Bondholder Ballot must have been properly completed in accordance with the Solicitation Procedures and executed by the relevant holder, or such holder's Nominee or authorized representative, and must have been received by Globic by 5:00 p.m. (prevailing Eastern Time) on July 31, 2019 (the "Voting Deadline").

10.     All validly executed Ballots cast by holders of the Class 2 – Registered Bond Claims were received by Globic on or before the Voting Deadline.

11.     Of the $60,000,000 principal amount outstanding of Class 2 -Bond Claims, $59,200,000 of the principal amount outstanding (98.67%) voted to approve the Plan. There were no Class 2 -Bond Claims (0.00%) voting to reject the Plan.

     a.     Among those Class 2 -Bond Claims tabulated, Globic received Class 2 Registered Holder Ballots from Fidelity & Guarantee Life Insurance Company executed as the beneficial owner of Class 2 Bonds held via Brown Brothers Harriman as registered holder of two positions; $17,000,000 and $3,000,000.

12.     Attached hereto as **Exhibit A** is a detailed accounting of the voting results with respect to the Voting Classes for the Plan.

13.     Copies of each Class 2 Registered Holder Ballot received by Globic is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.   The Ballots received by Globic are stored at Globic's office and are available for inspection by or submission to this Court.


Dated:  August 5, 2019

                                     Robert Stevens
                                     President, Globic Advisors, Inc.

# EXHIBIT A

## EXHIBIT A

| First NBC Bank Holding Company<br>5.75% Subordinated Notes due February 2025<br>CUSIPs: 32115DAA4 and 32115DAB2 | | | |
|---|---|---|---|
| CLASS 2 | TOTAL PAR AMOUNT OUTSTANDING | $ | 60,000,000 |
| CLASS 2 | TOTAL PAR AMOUNT OUTSTANDING VOTING | $ | 59,200,000 |
| CLASS 2 | TOTAL NUMBER OF HOLDERS VOTING | | 10 |
| CLASS 2 | TOTAL PERCENTAGE OF OUTSTANDING VOTING | | 98.67% |
| | | | |
| CLASS 2 | TOTAL PAR AMOUNT VOTING TO ACCEPT THE PLAN | $ | 59,200,000 |
| CLASS 2 | TOTAL NUMBER OF HOLDERS VOTING TO ACCEPT THE PLAN | | 10 |
| CLASS 2 | TOTAL PERCENTAGE OF THE OUTSTANDING VOTING TO ACCEPT THE PLAN | | 98.67% |
| CLASS 2 | TOTAL PERCENTAGE OF THE VOTING POPULATION VOTING TO ACCEPT THE PLAN (DOLLAR AMOUNT) | | 100.00% |
| CLASS 2 | TOTAL PERCENTAGE OF THE VOTING POPULATION VOTING TO ACCEPT THE PLAN (NUMBER OF BENEFICIAL OWNERS) | | 100.00% |
| | | | |
| CLASS 2 | TOTAL PAR AMOUNT VOTING TO REJECT THE PLAN | $ | - |
| CLASS 2 | TOTAL NUMBER OF HOLDERS VOTING TO REJECT THE PLAN | | - |
| CLASS 2 | TOTAL PERCENTAGE OF THE OUTSTANDING VOTING TO REJECT THE PLAN | | 0.00% |
| CLASS 2 | TOTAL PERCENTAGE OF THE VOTING POPULATION VOTING TO REJECT THE PLAN (DOLLAR AMOUNT) | | 0.00% |
| CLASS 2 | TOTAL PERCENTAGE OF THE VOTING POPULATION VOTING TO REJECT THE PLAN (NUMBER OF BENEFICIAL OWNERS) | | 0.00% |
| | | | |
| 32115DAA4 | TOTAL PAR AMOUNT VOTING TO ACCEPT THE PLAN | $ | 700,000 |
| 32115DAA4 | TOTAL NUMBER OF HOLDERS VOTING TO ACCEPT THE PLAN | | 1 |
| 32115DAA4 | TOTAL PAR AMOUNT VOTING TO REJECT THE PLAN | $ | - |
| 32115DAA4 | TOTAL NUMBER OF HOLDERS VOTING TO REJECT THE PLAN | | - |
| 32115DAA4 | TOTAL PAR AMOUNT OUTSTANDING | $ | 700,000 |
| | | | |
| 32115DAB2 | TOTAL PAR AMOUNT VOTING TO ACCEPT THE PLAN | $ | 58,500,000 |
| 32115DAB2 | TOTAL NUMBER OF HOLDERS VOTING TO ACCEPT THE PLAN | | 9 |
| 32115DAB2 | TOTAL PAR AMOUNT VOTING TO REJECT THE PLAN | $ | - |
| 32115DAB2 | TOTAL NUMBER OF HOLDERS VOTING TO REJECT THE PLAN | | - |
| 32115DAB2 | TOTAL PAR AMOUNT OUTSTANDING | $ | 59,300,000 |

| CUSIP | Certificate | NAME | NAME 2 | Amount | ACCEPT | REJECT | CASH OPTION | DEBT OPTION |
|---|---|---|---|---|---|---|---|---|
| 32115DAB2 | R_12 | BROWN BROTHERS HARRIMAN | FBO FIDELITY & GUARANTEE LIFE INSURANCE CO. | $ 17,000,000 | $ 17,000,000 | $ - | $ 17,000,000 | |
| 32115DAB2 | R_15 | AMERICAN MUTUAL LIFE ASSOCIATION | C/O SANDLER O'NEILL & PARTNERS, LP | $ 300,000 | $ | $ - | | |
| 32115DAB2 | R_18 | FEDERATED MUTUAL INSURANCE COMPANY | | $ 5,000,000 | $ 5,000,000 | $ - | $ 5,000,000 | |
| 32115DAB2 | R_19 | FEDERATED LIFE INSURANCE COMPANY | | $ 5,000,000 | $ 5,000,000 | $ - | $ 5,000,000 | |
| 32115DAB2 | R_20 | FEDERATED SERVICE INSURANCE COMPANY | C/O FEDERATED INSURANCE COMPANY | $ 1,000,000 | $ 1,000,000 | $ - | $ 1,000,000 | |
| 32115DAB2 | R_24 | BROWN BROTHERS HARRIMAN & CO | | $ 3,000,000 | $ 3,000,000 | $ - | $ 3,000,000 | |
| 32115DAB2 | R_25 | US BANK NA | FBO ANGEL OAK MULTI-STRATEGY INCOME FUND | $ 13,500,000 | $ 13,500,000 | $ - | $ 13,500,000 | |
| 32115DAB2 | R_27 | FARMERS NATIONAL BANK OF EMLENTON | | $ 500,000 | $ | $ - | | |
| 32115DAB2 | R_28 | HARE & CO., LLC | C/O BNYMELLON | $ 8,000,000 | $ 8,000,000 | $ - | $ 8,000,000 | |
| 32115DAB2 | R1_16 | CINCINNATI INSURANCE COMPANY | | $ 4,000,000 | $ 4,000,000 | $ - | $ 4,000,000 | |
| 32115DAB2 | R1_17 | CINCINNATI LIFE INSURANCE COMPANY | | $ 2,000,000 | $ 2,000,000 | $ - | $ 2,000,000 | |
| 32115DAA4 | R_10 | MACON BANK, INC. | | $ 700,000 | $ 700,000 | $ - | $ 700,000 | |
| | | | | $ 60,000,000 | $ 59,200,000 | $ - | | |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

**CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date: July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "**Bondholder**".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
Facsimile: 212-271-3252
E-mail: rstevens@globic.com

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.** <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

CINCINNATI INSURANCE COMPANY

| | | |
|---|---|---|
| CUSIP | No. | 32115DAB2 |
| Amount | Held | $4,000,000 |
| Certificate #: R1-16 | Control #: 731907 | |

**STEP 2.** <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only      [ X ]    ACCEPT THE PLAN

                                 [   ]    REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only      [ X ]    THE CASH OPTION

                                 [   ]    THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: 07/25/2019

Signature: _Michael R. Abrams_

Print Name: Michael R. Abrams

Company/Creditor: Cincinnati Insurance Company

Title (if appropriate): Vice President

Address: 6200 South Gilmore Road

City/State/Zip: Fairfield, Ohio 45014-5100

Phone: 513-870-2637        Email Address: michael_abrams@cinfin.com

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS** AT 212-227-9699 **OR VIA EMAIL** AT RSTEVENS@GLOBIC.COM.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

### CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date: July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---
[1] Referred to in the Plan and Disclosure Statement as "Bondholder".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan. The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
Facsimile: 212-271-3252
E-mail: rstevens@globic.com

</div>

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.

**STEP 1.** **PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

CINCINNATI LIFE INSURANCE COMPANY

| CUSIP | No. | 32115DAB2 |
| Amount | Held | $2,000,000 |
| Certificate #: RJ-17 | Control #: 731909 |

**STEP 2.** **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>     [ X ]   ACCEPT THE PLAN

                                      [   ]   REJECT THE PLAN

**STEP 3.**   <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>     [ X ]   THE CASH OPTION

                                        [   ]   THE DEBT OPTION

**STEP 4.**   <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: <u>07/25/2019</u>

Signature: *Michael R. Abrams*

Print Name: <u>Michael R. Abrams</u>

Company/Creditor: <u>Cincinnati Life Insurance Company</u>

Title (if appropriate): <u>Vice President</u>

Address: <u>6200 Gilmore Road</u>

City/State/Zip: <u>Fairfield, Ohio 45014-5100</u>

Phone: <u>513-870-2637</u>       Email Address: <u>michael_abrams@cinfin.com</u>

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

## CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date:  July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "**Bondholder**".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1)  **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

118

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
**Facsimile: 212-271-3252**
**E-mail: rstevens@globic.com**

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.**       <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

> [Put Label Here]
>
> Name(s) _FIDELITY & GUARANTY LIFE INSURANCE Co._
> _BENEFICIAL OWNER/HOLDER_
> CUSIP No. _32115D AB2_
>
> Amount Held $ _3,000,000_

**STEP 2.**       <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only      [ ✓ ]    ACCEPT THE PLAN

                                        [   ]    REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only      [ ✓ ]    THE CASH OPTION

                                        [   ]    THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: 7/31/19

Signature: _____

Print Name: ERIC LANEHAM

Company/Creditor: FIDELITY & GUARANTY LIFE INSURANCE Co.

Title (if appropriate): DIRECTOR

Address: 1001 FLEET St, 6th FLOOR

City/State/Zip: BALTIMORE, MD, 21202

Phone: 410-895-0038      Email Address: ERIC.LANEHAM @ FGLIFE.COM

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

## CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date: July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "**Bondholder**".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

**INSTRUCTIONS FOR COMPLETING
THE FIRST NBC BANK HOLDING COMPANY BALLOT**

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
**Facsimile: 212-271-3252**
**E-mail: rstevens@globic.com**

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.** <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

[Put Label Here]

Name(s) _Fidelity & Guaranty Life Insurance Co. Beneficial Owner/Holder_

CUSIP No. _32115DAB2_

Amount Held $ _17,000,000_

**STEP 2.** <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>  [✓]  ACCEPT THE PLAN

[ ]  REJECT THE PLAN

**STEP 3.**   <u>**ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>  [✓]  THE CASH OPTION

[ ]  THE DEBT OPTION

**STEP 4.**   <u>**CERTIFICATION**</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: _7/31/19_

Signature: _____

Print Name: _ERIC LANEHAN_

Company/Creditor: _FIDELITY & GUARANTY LIFE INSURANCE Co_

Title (if appropriate): _DIRECTOR_

Address: _1001 FLEET ST, 6th FLOOR_

City/State/Zip: _BALTIMORE, MD, 21202_

Phone: _410-895-0038_   Email Address: _ERIC.LANEHAN@FGLIFE.COM_

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS** AT **212-227-9699** OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                         SECTION A

DEBTOR                                   CHAPTER 11

**CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING
THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AS AMENDED ON JULY 2, 2019**

**First NBC Bank Holding Company
5.75% Subordinated Notes due February 2025
CUSIPs: 32115DAA4 and 32115DAB2
(collectively, the "Notes")**

**Voting Record Date:  July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "Bondholder".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

<div align="center">

**INSTRUCTIONS FOR COMPLETING**
**THE FIRST NBC BANK HOLDING COMPANY BALLOT**

</div>

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
Facsimile: 212-271-3252
E-mail: rstevens@globic.com

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.**     <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

| FEDERATED MUTUAL INSURANCE COMPANY | | |
|---|---|---|
| CUSIP | No. | 32115DAB2 |
| Amount | Held | $5,000,000 |
| Certificate #: R_ 18 | Control # 731906 | |

**STEP 2.**     <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>            [X]    ACCEPT THE PLAN

                                    [  ]    REJECT THE PLAN

**STEP 3.        ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>            [X]    THE CASH OPTION

                                    [  ]    THE DEBT OPTION

**STEP 4.        CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: _July 24, 2019_

Signature: _Donna Ennis_

Print Name: _DONNA ENNIS_

Company/Creditor: _FEDERATED MUTUAL INS. CO._

Title (if appropriate): _VICE PRESIDENT_

Address: _121 EAST PARK SQUARE_

City/State/Zip: _OWATONNA, MN 55060_

Phone: _507 455 5298_    Email Address: _dmennis@fedins.com_

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS** AT **212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY       CASE NO. 17-11213

      SECTION A

DEBTOR       CHAPTER 11

### CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date: July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "Bondholder".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
Facsimile: 212-271-3252
E-mail: rstevens@globic.com

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.** <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

```
FEDERATED SERVICE INSURANCE COMPANY

CUSIP          No      32115DAB2
Amount         Held    $1,000,000
Certificate #: R_20    Control #: 731911
```

**STEP 2.** <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only     [X]   ACCEPT THE PLAN

[ ]   REJECT THE PLAN

**STEP 3.**    **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only     [X]   THE CASH OPTION

[ ]   THE DEBT OPTION

**STEP 4.**    **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: _July 24, 2019_

Signature: _Donna Ennis_

Print Name: _DONNA ENNIS_

Company/Creditor: _FEDERATED LIFE INS. Co._

Title (if appropriate): _VICE PRESIDENT_

Address: _121 EAST PARK SQUARE_

City/State/Zip: _OWATONNA, MN 55060_

Phone: _507 455.5298_   Email Address: _dmennis@fedins.com_

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS AT 212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY               CASE NO. 17-11213

                                             SECTION A

DEBTOR                                       CHAPTER 11

**CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING
THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AS AMENDED ON JULY 2, 2019**

**First NBC Bank Holding Company
5.75% Subordinated Notes due February 2025
CUSIPs: 32115DAA4 and 32115DAB2
(collectively, the "Notes")**

**Voting Record Date:   July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "Bondholder".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING
### THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
<u>Facsimile: 212-271-3252</u>
<u>E-mail: rstevens@globic.com</u>

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.**      <u>PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

<div style="border:1px solid">

FEDERATED LIFE INSURANCE COMPANY

CUSIP    No.    32115DAB2
Amount    Held    $5,000,000
Certificate #: R_19    Control #: 731905

</div>

**STEP 2.**      <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only     [X]    ACCEPT THE PLAN

                                      [   ]    REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only     [X]    THE CASH OPTION

                                      [   ]    THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: _JULY 24, 2019_

Signature: _Donna Ennis_

Print Name: _DONNA ENNIS_

Company/Creditor: _FEDERATED SERVICE INS. CO._

Title (if appropriate): _VICE PRESIDENT_

Address: _121 EAST PARK SQUARE_

City/State/Zip: _OWATONNA, MN 55060_

Phone: _507 455 5298_ Email Address: _dmennis@fedins.com_

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS AT 212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

HARE & Co, LLC
-/o THE BANK OF NEW YORK MELLON
ONE BNY MELLON CENTER
500 GRANT STREET; ROOM 2700
PITTSBURGH, PA. 15258-0001
ATT: NEIL NGONDI
412-236-5019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

DEBTOR                                            CHAPTER 11

CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING
THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company
5.75% Subordinated Notes due February 2025
CUSIPs: 32115DAA4 and 32115DAB2
(collectively, the "Notes")

Voting Record Date:   July 3, 2019
Voting Deadline: July 31, 2019

First NBC Bank Holding Company (the "Debtor") and the Official Committee of
Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2,
2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect
to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may
obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard,
Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile),
bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given
to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee
indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019.
Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation
Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not
indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than
casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan
can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest
holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-
half in number of the allowed claims in each class that has accepted or rejected the Plan and such
class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "Bondholder".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
Facsimile: 212-271-3252
E-mail: rstevens@globic.com

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.**     **PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

HARE & CO., LLC

| CUSIP | No | 32115DAB2 |
|---|---|---|
| Amount | Held | $8,000,000 |
| Certificate # R_28 | Control # 731904 | |

**STEP 2.**     **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

<div align="center">

139

</div>

<u>Check one box only</u>    [ √ ]   ACCEPT THE PLAN

                               [   ]   REJECT THE PLAN

**STEP 3.**    **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

    <u>Check one box only</u>    [ √ ]   THE CASH OPTION

                                 [   ]   THE DEBT OPTION

**STEP 4.**    **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: __07/30/19__    *Hare & Co., LLC*

Signature: _____
               Signature Guaranteed
               **THE BANK OF NEW YORK MELLON**

Print Name: __John Sobkiewicz__  AUTHORIZED SIGNATURE

Company/Creditor: __HARE & Co, LLC__

Title (if appropriate): __TEAM LEAD__

Address: _____  **THE BANK OF NEW YORK MELLON**
               ~~ONE BNY MELLON CENTER~~

City/State/Zip: _____  **500 GRANT STREET; ROOM 2700**
               ~~PITTSBURGH, PA. 15258-0001~~

Phone: __412-236-5019__   **ATT:** Email Address: __SCLW@BNYMELLON.COM__

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS** AT 212-227-9699 OR VIA EMAIL AT **RSTEVENS@GLOBIC.COM**.

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
THE BANK OF NEW YORK MELLON

AUTHORIZED SIGNATURE
Z9012190

( SG741Z )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

**CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING
THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AS AMENDED ON JULY 2, 2019**

**First NBC Bank Holding Company
5.75% Subordinated Notes due February 2025
CUSIPs: 32115DAA4 and 32115DAB2
(collectively, the "Notes")**

**Voting Record Date: July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751. (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "**Bondholder**".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

<div align="center">

**INSTRUCTIONS FOR COMPLETING**
**THE FIRST NBC BANK HOLDING COMPANY BALLOT**

</div>

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

<div align="center">

142

</div>

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7ᵗʰ Floor**
**New York, NY 10022**
<u>Facsimile: 212-271-3252</u>
<u>E-mail: rstevens@globic.com</u>

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.**      <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

---

MACON BANK, INC.

| | | |
|---|---|---|
| CUSIP | No | 32115DAA4 |
| Amount | Held | $700,000 |
| Certificate #: R_10 | Control #: 731901 | |

---

**STEP 2.**      <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only      [X]    ACCEPT THE PLAN

                                         [   ]    REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only      [X]    THE CASH OPTION

                                         [   ]    THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: 7-16-19

Signature: _____

Print Name: David A. Bright

Company/Creditor: Entegra Bank (FKA Macon Bank)

Title (if appropriate): CFO

Address: 14 One Center Court

City/State/Zip: Franklin NC 28734

Phone: 828-524-7000     Email Address: dbright@entegrabank.com

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY

CASE NO. 17-11213

SECTION A

DEBTOR

CHAPTER 11

### CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date: July 3, 2019**
**Voting Deadline: July 31, 2019**

First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "**Bondholder**".

145

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

<div align="center">

**INSTRUCTIONS FOR COMPLETING**
**THE FIRST NBC BANK HOLDING COMPANY BALLOT**

</div>

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

<div align="center">

146

</div>

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return the Ballot to the Voting Agent:**

<div align="center">

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
<u>Facsimile: 212-271-3252</u>
<u>E-mail: rstevens@globic.com</u>

</div>

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.**     <u>**PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**</u>

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

| | | |
|---|---|---|
| U.S. Bank, N.A. | | |
| CUSIP | No. | 32115DAB2 |
| Amount | Held | $13,500,000 |
| Certificate #: R_25 | Control #: 731903 | |

**STEP 2.**     <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only     [X]   ACCEPT THE PLAN

                         [ ]   REJECT THE PLAN

**STEP 3.**     **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only     [X]   THE CASH OPTION

                         [ ]   THE DEBT OPTION

**STEP 4.**     **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: July 26, 2019

Signature: _____

Print Name: Paul Kuxhaus,

Company/Creditor: U.S. Bank N A

Title (if appropriate): Trust Officer

Address: 1555 N. Rivercenter Drive - Suite 302

City/State/Zip: Milwaukee, WI 53212

Phone: 1-414-905-5408    Email Address: trustcorporateactions@usbank.com

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS** AT 212-227-9699 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.

148



**FENIMORE, KAY, HARRISON & FORD, LLP**
ATTORNEYS AND COUNSELORS AT LAW

111 CONGRESS AVENUE
SUITE 820
AUSTIN, TEXAS 78701

TEL    512 • 583 • 5900
FAX    512 • 583 • 5940

August 4, 2011

Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C.  20220
Attn:  Small Business Lending Fund, Office of Domestic Finance

> *Re:*    ***First NBC Bank Holding Company, New Orleans, Louisiana***
> ***SBLF Identification Number:  SBLF0310***

Ladies and Gentlemen:

We have acted as special counsel to First NBC Bank Holding Company, a Louisiana corporation and registered bank holding company under the Bank Holding Company Act of 1956, as amended (the "Company"), in connection with the issuance and sale by the Company of 37,935 shares (the "Preferred Shares") of its Senior Non-Cumulative Perpetual Preferred Stock, Series D, having a stated liquidation amount of $1,000 per Preferred Share, to the Secretary of the Treasury (the "Investor").

The terms and conditions of the purchase and sale of the Preferred Shares are set forth in a Securities Purchase Agreement executed effective as of August 4, 2011 by and between the Company and the Investor, together with all Disclosure Schedules and Annexes thereto (the "Securities Purchase Agreement").

This opinion letter is delivered to you in accordance with Section 1.3(f) of the Securities Purchase Agreement.  Set forth below are our opinions and the documents upon which we have relied in rendering our opinions.  All capitalized terms used in this opinion letter and not otherwise defined herein shall have the meanings set forth in the Securities Purchase Agreement.

A.      Basis of Opinion.

As the basis for the conclusions expressed in this opinion, we have reviewed and relied upon the following documents and instruments:

1.      The Securities Purchase Agreement, dated as of August 4, 2011, executed by the Company and delivered to counsel for the Investor on the date hereof.

2.      The Amendment to the Articles of Incorporation of the Company, establishing the Senior Non-Cumulative Perpetual Preferred Stock, Series D, that was filed by the Company with the Louisiana Secretary of State on August 1, 2011.

3.      The Preferred Share Certificate, dated August 4, 2011 and executed by the Company.

4.      A copy, certified by the Louisiana Secretary of State on August 1, 2011, of the Articles of Incorporation of the Company.

50011-0001 17245v1

149



**EXHIBIT**

tabbies®

T- E
3|10|20

17-11213  First NBC Bank



Secretary of the Treasury
August 4, 2011
Page 2

5.      The Bylaws of the Company, as provided to us by the Company.

6.      Certificates, dated as of August 4, 2011 or as of a recent date, containing representations to this firm as to certain factual matters and executed by certain senior officers of the Company.

7.      A Certificate of Good Standing for the Company, from the Louisiana Secretary of State dated as of August 1, 2011 (the "Governmental Certificate").

B.      <u>Opinion</u>.

      Based upon our examination and consideration of the foregoing and such matters of law as we have considered relevant, subject to the comments, assumptions, exceptions, qualifications and limitations set forth in Section C below, we express the following opinions:

1.      The Company has been duly formed and is validly existing as a Louisiana corporation and is in good standing under the laws of the State of Louisiana. The Company has all necessary power and authority to own, operate and lease its properties and to carry on its business as it is being conducted.

2.      The Company has been duly qualified as a foreign entity for the transaction of business and is in good standing under the laws of each jurisdiction in which it owns or leases properties or conducts any business so as to require such qualification.

3.      The Preferred Shares have been duly and validly authorized, and, when issued and delivered pursuant to the Securities Purchase Agreement, the Preferred Shares will be duly and validly issued and fully paid and non-assessable, will not be issued in violation of any preemptive rights, and will rank *pari passu* with or senior to all other series or classes of Preferred Stock issued on the Closing Date with respect to the payment of dividends and the distribution of assets in the event of any dissolution, liquidation or winding up of the Company.

4.      The Company has the corporate power and authority to execute and deliver the Securities Purchase Agreement and to carry out its obligations thereunder (which includes the issuance of the Preferred Shares).

5.      The execution, delivery and performance by the Company of the Securities Purchase Agreement and the consummation of the transactions contemplated thereby have been duly authorized by all necessary corporate action on the part of the Company and its stockholders, and no further approval or authorization is required on the part of the Company, including, without limitation, by any rule or requirement of any national stock exchange.

6.      The Agreement is a valid and binding obligation of the Company enforceable against the Company in accordance with its terms, except as the same may be limited by applicable bankruptcy, insolvency, reorganization, moratorium or similar laws affecting the enforcement of creditors' rights generally and general equitable principles, regardless of whether such enforceability is considered in a proceeding at law or in equity.



Secretary of the Treasury
August 4, 2011
Page 3

7.  The execution and delivery by the Company of the Securities Purchase Agreement and the performance by the Company of its obligations thereunder (i) do not require any approval by any Governmental Entity to be obtained on the part of the Company, except those that have been obtained, (ii) do not violate or conflict with any provision of the Company's Articles of Incorporation, (iii) do not violate, conflict with, or result in a breach of any provision of, or constitute a default (or an event which, with notice or lapse of time or both, would constitute a default) under, or result in the termination of, or accelerate the performance required by, or result in a right of termination or acceleration of, or result in the creation of, any lien, security interest, charge or encumbrance upon any of the properties or assets of the Company or any Company Subsidiary under any of the terms, conditions or provisions of its organizational documents or under any material agreement, contract, indenture, lease, mortgage, power of attorney, evidence of indebtedness, letter of credit, license, instrument, obligation, purchase or sales order, or other commitment, whether oral or written, to which it is a party or by which it or any of its properties is bound, or (iv) do not conflict with, breach or result in a violation of, or default under any judgment, decree or order known to us that is applicable to the Company and, pursuant to any applicable laws, is issued by any Governmental Entity having jurisdiction over the Company.

8.  Other than the filing of the Articles of Amendment with the Louisiana Secretary of State, such filings and approvals as are required to be made or obtained under any state "blue sky" laws and such consents and approvals that have been made or obtained, no notice to, filing with, exemption or review by, or authorization, consent or approval of, any Governmental Entity is required to be made or obtained by the Company in connection with the consummation by the Company of the Purchase.

9.  The Company is not nor, after giving effect to the issuance of the Preferred Shares pursuant to the Securities Purchase Agreement, would be on the date hereof an "investment company" or an entity "controlled" by an "investment company," as such terms are defined in the Investment Company Act of 1940, as amended.

C.  Comments, Assumptions, Limitations, Qualifications and Exceptions.

    The opinions expressed herein are based upon, and subject to, the further comments, assumptions, limitations, qualifications and exceptions set forth below.

1.  We have assumed that (a) all signatures on all documents reviewed by us are genuine, (b) all documents submitted as copies are true and complete copies of the originals thereof, (c) the Investor has all power and authority to execute, deliver, and perform its obligations under the Securities Purchase Agreement to which the Investor is a party or by which it is bound, (d) the Securities Purchase Agreement has been duly and validly authorized, executed, and delivered by the Investor, (e) the Securities Purchase Agreement is a valid and binding obligation of the Investor, enforceable against the Investor in accordance with its terms, (f) the Investor has performed (and will perform) all of its obligations under, and is in full compliance with, the Securities Purchase Agreement as applicable to the Investor, (g) each natural person signing any document reviewed by this firm had the legal capacity to do so, and (h) each person signing in a representative capacity for the Investor any document reviewed by us had authority to sign in such capacity.

151



Secretary of the Treasury
August 4, 2011
Page 4

2.    In rendering the opinion set forth in Paragraph B.1. with respect to the existence and good standing of the Company, we have relied solely on the Governmental Certificates that this firm received in response to this firm's requests for confirmation of such existence and good standing in such jurisdiction. By necessity, our opinions set forth in Paragraph B.1. are given as of the date of such Governmental Certificates. Nothing has come to our attention that would cause us to believe that such opinions have ceased to be valid as of the date of this opinion letter.

3.    In rendering the opinion set forth in Paragraph B.7.(iii), we have relied exclusively on our review of the Company's material contracts that have been identified and disclosed to us by the Company on the certificates identified in Paragraph A.6 hereof.

4.    We express no opinion as to the laws of any jurisdiction other than the State of Louisiana and the federal laws of the United States. To the extent the opinions expressed above concern the law of another state, we have assumed, without rendering any opinion to such effect, that the laws of such state are substantively identical to the laws of the State of Louisiana, without regard to conflict of law provisions. We have not conducted any analysis to determine if such assumptions are correct. In rendering this letter, we do not express any opinion concerning the application of the "doing business" laws or the securities laws of any jurisdiction other than the federal securities laws of the United States and the blue sky laws of the State of Louisiana. Insofar as the opinions contained herein involve factual matters, this firm has relied upon the certificates of officers of the Company referred to in Section A above.

5.    We have made no examination or investigation to verify the accuracy or completeness of any exhibits, financial statements, schedules or any other financial, accounting or statistical information provided to you or with respect to any other accounting or financial matters, and we express no opinion with respect thereto. Except as expressly set forth herein, we know of no facts which lead us to believe that any representation, warranty, data or other information, written or oral, made or furnished in connection with the documents referred to in Section A hereof are untrue or inaccurate.

6.    We have assumed that the Investor (or Investor's counsel on the Investor's behalf) has received the Preferred Shares in exchange for the consideration set forth in the Securities Purchase Agreement. We have assumed that the Investor has acted and will act in good faith and has complied and will comply with all laws applicable to Investor that affect the transactions contemplated by the Securities Purchase Agreement.

7.    We have assumed that there are no other agreements or understandings among the parties that would modify the terms of the Securities Purchase Agreement or the respective rights or obligations of the parties to the Securities Purchase Agreement.

8.    Although we may have acted as counsel to the Company in connection with certain matters other than the transactions contemplated by the Securities Purchase Agreement, our engagement is limited to certain matters about which we have been consulted. Consequently, there may exist matters of a factual or legal nature involving the Company as to which we have not been consulted and have not represented the Company.



Secretary of the Treasury
August 4, 2011
Page 5

9.      This opinion is rendered based upon our interpretation of existing law, to the extent specified in Paragraph C.4, and is not intended to speak with reference to standards hereafter adopted or evolved in subsequent judicial decisions by courts. The opinions expressed herein are as of the date hereof, and we assume no obligation to update or supplement such opinions to reflect any facts or circumstances that may hereafter come to our attention or any changes in law that may hereafter occur.

10.     This opinion letter is limited to the matters stated herein and no opinions may be implied or inferred beyond the matters expressly stated herein.

11.     This opinion letter is delivered solely for your benefit, and no other party or entity is entitled to rely hereon without the express prior written consent of this firm. You are hereby notified that we do not consider you to be our client in the matters to which this opinion relates.

12.     We express no opinion with respect to any matters that require us to make a financial or accounting determination.

Sincerely yours,

Fenimore, Kay, Harrison & Ford, L.L.P.